B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Engelhart, Robert Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Engelhart, Susan Kay** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ASF PB Exchange, Inc.; ASF PB Industries, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ASF BeckySue, LLC, fdba Bella Boutique; ASF Angelicare, LLC fdba Visiting Angels of St. Louis Park; FDBA Fischerville Coffee; FKA Susan Kay Green** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1535** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9398** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5528 - 12th Avenue South**<br>**Minneapolis, MN**　　　　　　ZIP Code **55417** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5528 - 12th Avenue South**<br>**Minneapolis, MN**　　　　　　ZIP Code **55417** |
| County of Residence or of the Principal Place of Business:<br>**HENNEPIN** | County of Residence or of the Principal Place of Business:<br>**HENNEPIN** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>　*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>　check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>　in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7　　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9　　　　of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13　　　of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>　under Title 26 of the United States<br>　Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,　☐ Debts are primarily<br>　defined in 11 U.S.C. § 101(8) as　　　　business debts.<br>　"incurred by an individual primarily for<br>　a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>　attach signed application for the court's consideration certifying that the<br>　debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>　Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>　attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>　are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>　in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>　there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)            Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Engelhart, Robert Joseph**<br>**Engelhart, Susan Kay** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Craig W. Andresen**       **April  2, 2015**<br>Signature of Attorney for Debtor(s)     (Date)<br>**Craig W. Andresen #186557** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Engelhart, Robert Joseph** <br> **Engelhart, Susan Kay** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert Joseph Engelhart**
Signature of Debtor **Robert Joseph Engelhart**

X **/s/ Susan Kay Engelhart**
Signature of Joint Debtor **Susan Kay Engelhart**

Telephone Number (If not represented by attorney)

**April  2, 2015**
Date

### Signature of Attorney*

X **/s/ Craig W. Andresen**
Signature of Attorney for Debtor(s)

**Craig W. Andresen #186557**
Printed Name of Attorney for Debtor(s)

**Craig W. Andresen, Attorney at Law**
Firm Name
**2001 Killebrew Dr., Suite 150**
**Bloomington, MN 55425**

Address

**(952) 831-1995**
Telephone Number

**April  2, 2015**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Minnesota

In re    **Robert Joseph Engelhart**
**Susan Kay Engelhart**

Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                          Page 2

&#9633; 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    &#9633; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    &#9633; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    &#9633; Active military duty in a military combat zone.

&#9633; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert Joseph Engelhart**
                              **Robert Joseph Engelhart**

Date:    **April  2, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Minnesota

In re    **Robert Joseph Engelhart**
      **Susan Kay Engelhart**

                                    Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                          Page 2

   ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
        ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Susan Kay Engelhart**
                       **Susan Kay Engelhart**

Date:   **April  2, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### District of Minnesota

In re    **Robert Joseph Engelhart,**            Case No. _____

      **Susan Kay Engelhart**

                                       ,       Chapter _____ **7** _____

                      Debtors

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 325,000.00 | | |
| B - Personal Property | Yes | 4 | 31,114.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 189,515.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 27,297.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 1,082,833.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,826.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,197.42 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| | | Total Assets | 356,114.00 | | |
| | | | Total Liabilities | 1,299,645.00 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of Minnesota

In re  **Robert Joseph Engelhart,**          Case No. _____
    **Susan Kay Engelhart**

                                     ,
                          Debtors          Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 26,300.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 997.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 10,066.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 37,363.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,826.00 |
| Average Expenses (from Schedule J, Line 22) | 5,197.42 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 6,944.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,714.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 997.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 26,300.00 |
| 4. Total from Schedule F | | 1,082,833.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,111,847.00 |

B6A (Official Form 6A) (12/07)

.

In re     **Robert Joseph Engelhart,**                             Case No. _____

          **Susan Kay Engelhart**

                                            Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Homestead: Lot 8, Block 8, Edgewater on Nokomis Second Addition, Hennepin County, Minnesota.** | | J | 325,000.00 | 175,801.00 |
| **Property Address: 5528 12th Avenue South, Minneapolis, MN 55417** | | | | |
| **Property tax value payable in 2015 = $294,500** | | | | |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | 325,000.00 | (Total of this page) | |
| | Total > | 325,000.00 | | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Robert Joseph Engelhart,**                                    Case No. _____
         **Susan Kay Engelhart**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand (wife's pension)** | J | 80.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **USAA bank checking account** | W | 4.00 |
| | | | **Wells Fargo Bank checking and savings account (wife's pension)** | W | 2,000.00 |
| | | | **First MN Bank checking account** | W | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | J | 6,200.00 |
| | | | **Cell phone $400, iPad $150, and 2 Laptops $600 (used in business)** | J | 1,150.00 |
| | | | **Lawnmower and snowblower** | J | 250.00 |
| | | | **Household tools** | J | 300.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | J | 500.00 |
| 7. | Furs and jewelry. | | **Wife's wedding ring $2,000 and husband's wedding ring $200** | J | 2,200.00 |
| | | | **Other jewelry $125 and 2 watches $5** | J | 130.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Recreational equipment** | J | 625.00 |
| | | | **Camera** | J | 75.00 |

Sub-Total >        **13,514.00**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Robert Joseph Engelhart,**           Case No. _____
      **Susan Kay Engelhart**

                                                    Debtors   ,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **529 education plans: son 16 $30,000, daughter 21 $30,000, daughter 23 $40,000, and son 24 $0 (not property of the estate, listed for informational purposes only)** | J | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Husband owns 100% shares in PB Exchange, Inc. (assets $2,000; debts $180,000; buying and selling telecomm equipment)** | H | 0.00 |
| | | **Husbands owns 50% shares in PB Industries, LLC (Owns building, val. $550,000; mortgage to States Resources Corp. was U.S. Bank, but assigned in Aug. 2014, no equity)** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

                                                    Sub-Total >     **0.00**
                                              (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert Joseph Engelhart,**                                         Case No. _____
         **Susan Kay Engelhart**
                                                              ,
                                    Debtors
                        **SCHEDULE B - PERSONAL PROPERTY**
                                (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Saab 93** | **W** | **3,000.00** |
| | | **2003 Toyota Tacoma** | **H** | **9,000.00** |
| | | **2003 BMW 325i (owned by PB Exchange)** | **J** | **2,000.00** |
| 26. Boats, motors, and accessories. | | **1977 Slickcraft Cuddy boat and trailer** | **H** | **3,000.00** |
| | | **1983 Ford Motor Home** | **H** | **600.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >        **17,600.00**
(Total of this page)

Sheet  __2__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert Joseph Engelhart,**
         **Susan Kay Engelhart**                                          Case No. _____

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Total >         **31,114.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re **Robert Joseph Engelhart,**　　　　　　　　　　　Case No. _____
　　　　**Susan Kay Engelhart**

　　　　　　　　　　　　　　　　　　　　　　Debtors　　　　　　,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)　　　　　　　　　　　　　　　　　　　　　　$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)　　　　　　　　　　　　　　　　　　　*with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Homestead: Lot 8, Block 8, Edgewater on Nokomis Second Addition, Hennepin County, Minnesota.** | **Minn. Stat. §§ 510.01, 510.02** | **149,199.00** | **325,000.00** |
| **Property Address: 5528 12th Avenue South, Minneapolis, MN 55417** | | | |
| **Property tax value payable in 2015 = $294,500** | | | |
| **Cash on Hand** | | | |
| **Cash on hand (wife's pension)** | **Minn. Stat. § 550.37 subd. 24** | **80.00** | **80.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo Bank checking and savings account (wife's pension)** | **Minn. Stat. § 550.37 subd. 24** | **2,000.00** | **2,000.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **Minn. Stat. § 550.37 subd. 4(b)** | **6,200.00** | **6,200.00** |
| **Cell phone $400, iPad $150, and 2 Laptops $600 (used in business)** | **Minn. Stat. § 550.37 subd. 6** | **1,150.00** | **1,150.00** |
| **Lawnmower and snowblower** | **Minn. Stat. § 550.37 subd. 4(b)** | **250.00** | **250.00** |
| **Household tools** | **Minn. Stat. § 550.37 subd. 4(b)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Minn. Stat. § 550.37 subd. 4(a)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Wife's wedding ring $2,000 and husband's wedding ring $200** | **Minn. Stat. § 550.37 subd. 4(c)** | **2,200.00** | **2,200.00** |
| **Other jewelry $125 and 2 watches $5** | **Minn. Stat. § 550.37 subd. 4(a)** | **5.00** | **130.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Saab 93** | **Minn. Stat. § 550.37 subd. 12a** | **3,000.00** | **3,000.00** |
| **Boats, Motors and Accessories** | | | |
| **1983 Ford Motor Home** | **Minn. Stat. § 550.37 subd. 12a** | **600.00** | **600.00** |
| | Total: | **165,484.00** | **341,410.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Robert Joseph Engelhart,**                                                Case No. _____
       **Susan Kay Engelhart**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Creditor #: 1**<br>**AFFINITY PLUS CREDIT UNION**<br>**175 WEST LAFAYETTE ROAD**<br>**SAINT PAUL, MN 55107** | | J | | Lien on<br><br>2003 Toyota Tacoma<br><br><br><br>Value $              **9,000.00** | | | | **9,900.00** | **900.00** |
| Account No.<br><br>**Creditor #: 2**<br>**AFFINITY PLUS CREDIT UNION**<br>**175 WEST LAFAYETTE ROAD**<br>**SAINT PAUL, MN 55107** | | J | | Lien on<br><br>2003 BMW 325i (owned by PB Exchange)<br><br><br>Value $              **2,000.00** | | | | **3,814.00** | **1,814.00** |
| Account No.<br><br>**Creditor #: 3**<br>**FIRST MINNESOTA BANK**<br>**11431 JEFFERSON COURT N**<br>**CHAMPLIN, MN 55316** | | J | | Lien on<br>Homestead: Lot 8, Block 8, Edgewater on Nokomis Second Addition, Hennepin County, Minnesota.<br>Property Address: 5528 12th Avenue South, Minneapolis, MN 55417<br>Property tax value payable in 2015 = $294,500<br>Value $            **325,000.00** | | | | **175,801.00** | **0.00** |
| Account No.<br><br><br><br><br><br>Value $ | | | | | | | | | |

___**0**___  continuation sheets attached

|  | Subtotal<br>(Total of this page) | **189,515.00** | **2,714.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **189,515.00** | **2,714.00** |

B6E (Official Form 6E) (4/13)

.

In re  **Robert Joseph Engelhart,**                                              Case No. _____
       **Susan Kay Engelhart**
                                                                                                      ,
_____
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**___  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Robert Joseph Engelhart,**                                    Case No. _____
        **Susan Kay Engelhart**
_____,
                            Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**1. LAURA M. HOSS**<br>**1558 MCCARTHY RD**<br>**EAGAN, MN 55122** | | H | **Spousal Maintenance**<br>**Estimated amount unknown; property settlement $40,000** | | | | **26,300.00** | **26,300.00**<br><br>**0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **26,300.00** | |
| (Total of this page) | **26,300.00** | **0.00** |

B6E (Official Form 6E) (4/13) - Cont.

In re **Robert Joseph Engelhart,**
    **Susan Kay Engelhart** Case No. _____

_____,
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS TAX DEBT | | | | | |
| Creditor #: 2 INTERNAL REVENUE SERVICE PO BOX 145566 CINCINNATI, OH 45250 | X | H | | | | | 0.00 | |
| | | | | | | | 912.00 | 912.00 |
| Account No. | | | | | | | | |
| INTERNAL REVENUE SERVICE STOP 5700 30 EAST 7TH STREET SUITE 1222 ST PAUL, MN 55101-4940 | | | Representing: INTERNAL REVENUE SERVICE | | | | Notice Only | |
| Account No. | | | BUSINESS TAX DEBT | | | | | |
| Creditor #: 3 INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0149 | X | H | | | | | 0.00 | |
| | | | | | | | 85.00 | 85.00 |
| Account No. | | | | | | | | |
| INTERNAL REVENUE SERVICE STOP 5700 30 EAST 7TH STREET SUITE 1222 ST PAUL, MN 55101-4940 | | | Representing: INTERNAL REVENUE SERVICE | | | | Notice Only | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 997.00 | 997.00 |
| Total | 26,300.00 | |
| (Report on Summary of Schedules) | 27,297.00 | 997.00 |

B6F (Official Form 6F) (12/07)

In re **Robert Joseph Engelhart,**        Case No. _____
**Susan Kay Engelhart** ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 1** <br> **A-1 TELETRONICS** <br> **1010 118TH AVE NORTH** <br> **SAINT PETERSBURG, FL 33716** | X | H | **BUSINESS DEBT** | | | | 5,050.00 |
| Account No. <br> **Creditor #: 2** <br> **ALLINA HEALTH** <br> **PO BOX 77008** <br> **MINNEAPOLIS, MN 55480-7708** | | J | **MEDICAL BILL** | | | | 197.00 |
| Account No. <br> **Creditor #: 3** <br> **AMERICAN EXPRESS** <br> **PO BOX 918537** <br> **EL PASO, TX 79998** | X | H | **BUSINESS DEBT** | | | | 29,236.00 |
| Account No. <br> **Creditor #: 4** <br> **AMERICAN EXPRESS** <br> **BOX 0001** <br> **LOS ANGELES, CA 90096-0001** | X | H | **BUSINESS DEBT $8,000** <br> **CONSUMER DEBT $9,444** | | | | 17,444.00 |

__18__ continuation sheets attached

Subtotal     51,927.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Joseph Engelhart,**
       **Susan Kay Engelhart**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GURSTEL CHARGO 6681 COUNTY CLUB DR GOLDEN VALLEY, MN 55427** | | | Representing: **AMERICAN EXPRESS** | | | | **Notice Only** |
| Account No. Creditor #: 5 **AMERICAN PAPER 3110 NEIL ARMSTRON BLVD SAINT PAUL, MN 55121** | X | W | BUSINESS DEBT | | | | **739.00** |
| Account No. Creditor #: 6 **ARCAS TECHNOLOGY 12560 FLETCHER LANE STE 150 ROGERS, MN 55374** | X | H | BUSINESS DEBT | | | | **12,086.00** |
| Account No. Creditor #: 7 **ARROW ELECTRONICS 2299 TERRITORIAL ROAD SAINT PAUL, MN 55114** | X | H | BUSINESS DEBT | | | | **430.00** |
| Account No. Creditor #: 8 **ARTISAN POWER LLC 577 MAIN STREET STE 430 HUDSON, MA 01749** | X | H | BUSINESS DEBT | | | | **5,352.00** |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,607.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Joseph Engelhart,**
    **Susan Kay Engelhart**
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 9<br>BLACK BOX RESALE SERVICES<br>9155 COTTOWOOD LANE N<br>MAPLE GROVE, MN 55369 | X | H | | | | | 2,974.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 10<br>BLUECROSS BLUESHEILD<br>3535 BLUE CROSS RD<br>ROUTE M103<br>EAGAN, MN 55122 | X | H | | | | | 1,585.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 11<br>BOYER TRUCKS<br>C/O UNITED TRANZACTIONS<br>3200 EXECUTIVE WAY<br>HOLLYWOOD, FL 33025 | X | H | | | | | 1,372.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 12<br>CAZARIN INTERACTIVE<br>7064 EAST FISH LAKE ROAD<br>MAPLE GROVE, MN 55311 | X | H | | | | | 585.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 13<br>CENTERPOINT ENERGY<br>PO BOX 467<br>HOUSTON, TX 77210-4671 | X | H | | | | | 1,627.00 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,143.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Joseph Engelhart,**
     **Susan Kay Engelhart**                                         Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DIVERSIFIED ADJUSTMENT**<br>**PO BOX 32145**<br>**FRIDLEY, MN 55432** | | | Representing:<br>**CENTERPOINT ENERGY** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 14**<br>**CENTURY LINK**<br>**PO BOX 91154**<br>**SEATTLE, WA 98111** | X | H | **BUSINESS DEBT** | | | | **181.00** |
| Account No.<br>**Creditor #: 15**<br>**CHILDRENS HOSPITAL**<br>**PO BOX 860061**<br>**MINNEAPOLIS, MN 55486** | | J | **MEDICAL BILL** | | | | **654.00** |
| Account No.<br><br>**CHILDRENS HOSPITAL**<br>**2525 CHICAGO AVE**<br>**MINNEAPOLIS, MN 55404** | | | Representing:<br>**CHILDRENS HOSPITAL** | | | | **Notice Only** |
| Account No.<br><br>**CREDITOR ADVOCATES**<br>**1551 SOUTHCROSS DRIVE W**<br>**SUITE C**<br>**BURNSVILLE, MN 55306** | | | Representing:<br>**CHILDRENS HOSPITAL** | | | | **Notice Only** |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **835.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Joseph Engelhart,**
     **Susan Kay Engelhart**                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **BUSINESS DEBT** | | | | |
| **Creditor #: 16**<br>**CITICARDS**<br>**PO BOX 183071**<br>**COLUMBUS, OH 43218-3071** | X | J | | | | | 11,280.00 |
| Account No. | | | **BUSINESS DEBT** | | | | |
| **Creditor #: 17**<br>**CITY OF BURNSVILLE**<br>**PO BOX 77025**<br>**MINNEAPOLIS, MN 55480** | X | H | | | | | 121.00 |
| Account No. | | | **CONSUMER DEBT** | | | | |
| **Creditor #: 18**<br>**CITY OF MINNEAPOLIS**<br>**HENNEPIN COUNTY GOVT CENTER**<br>**300 S 6TH ST**<br>**MINNEAPOLIS, MN 55487-0014** | | J | | | | | 32.00 |
| Account No. | | | **BUSINESS DEBT** | | | | |
| **Creditor #: 19**<br>**CNA INSURANCE**<br>**PO BOX 79004**<br>**SAINT LOUIS, MO 63179** | X | H | | | | | 1,480.00 |
| Account No. | | | **CONSUMER DEBT** | | | | |
| **Creditor #: 20**<br>**COLORADO DOT**<br>**GO PASS NORTHWEST PARKWAY LLC**<br>**3701 NORTHWEST PARKWAY**<br>**BROOMFIELD, CO 80023** | | J | | | | | 472.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                13,385.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Joseph Engelhart,**
**Susan Kay Engelhart**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 21**<br>**COMCAST**<br>**PO BOX 34744**<br>**SEATTLE, WA 98124** | | J | SERVICES | | | | 349.00 |
| Account No.<br><br>**COMCAST**<br>**PO BOX 3002**<br>**SOUTHEASTERN, PA 19398-3002** | | | Representing:<br>COMCAST | | | | **Notice Only** |
| Account No.<br>**Creditor #: 22**<br>**CORDIAN TECHNOLOGIES, INC**<br>**1725 LAKE DRIVE WEST**<br>**CHANHASSEN, MN 55317** | X | H | BUSINESS DEBT | | | | 485.00 |
| Account No.<br>**Creditor #: 23**<br>**CP TECH**<br>**8628 EAGLE CREEK CIRCLE**<br>**SAVAGE, MN 55378** | X | H | BUSINESS DEBT | | | | 103.00 |
| Account No.<br>**Creditor #: 24**<br>**CREATIVE PACKAGING DISPLAY LLC**<br>**8600 WYOMING AVE NORTH**<br>**BROOKLYN PARK, MN 55445** | X | H | BUSINESS DEBT | | | | 846.00 |

Sheet no. **5** of **18** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,783.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Joseph Engelhart,**
         **Susan Kay Engelhart**                                              Case No. _____

_____,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 25 | | | | BUSINESS DEBT | | | | |
| Creditor #: 25<br>CT CORPORATION SYSTEMS<br>C/O ALAN BUDMAN<br>PO BOX 654<br>ABINGTON, PA 19001 | X | H | | | | | | 284.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Creditor #: 26<br>D & S COMMUNICATIONS INC<br>1355 MCLEAN BLVD<br>ELGIN, IL 60123 | X | H | | | | | | 4,658.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Creditor #: 27<br>DAKOTA COUNTY PROPERTY<br>1590 HIGHWAY 55<br>HASTINGS, MN 55033 | X | H | | | | | | 28,500.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Creditor #: 28<br>DIRECT ACCESS SYSTEMS<br>1309 S MYRTLE AVE<br>MONROVIA, CA 91016-4150 | X | H | | | | | | 6,003.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Creditor #: 29<br>DYNAMIC VOICE AND DATA<br>4403 GREENBRIAR DR<br>STAFFORD, TX 77477 | X | H | | | | | | 256.00 |

Sheet no. __6___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **39,701.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Joseph Engelhart,**
         **Susan Kay Engelhart**                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 30 **Creditor #: 30 ECOLAB PEST ELIMINATION 26252 NETWORK PLACE CHICAGO, IL 60673-1262** | X | W | BUSINESS DEBT | | | | 144.00 |
| Account No. 31 **Creditor #: 31 EFH CO 2999 W COUNTY ROAD 42 BURNSVILLE, MN 55337** | X | W | BUSINESS DEBT | | | | 8,910.00 |
| Account No. 32 **Creditor #: 32 FEATURECOM 31 PENNSYLVANIA AVE BUILDING C CONCORD ON L4K CANADA** | X | J | BUSINESS DEBT | | | | 575.00 |
| Account No. 33 **Creditor #: 33 FEDERAL EXPRESS CORPORATION C/O SYNTER RESOURCE GROUP PO BOX 63247 NORTH CHARLESTON, SC 29419** | X | H | BUSINESS DEBT | | | | 2,019.00 |
| Account No. 34 **Creditor #: 34 FIRST DATA GLOBAL LEASING HUNTER WARFILED 4620 WOODLAND CORPORATE BLVD TAMPA, FL 33614** | X | H | BUSINESS DEBT | | | | 2,539.00 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    14,187.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Joseph Engelhart,**
     **Susan Kay Engelhart**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 35<br>FIRST DATA GLOBAL LEASING<br>PO BOX 173845<br>DENVER, CO 80217 | X | W | | | | | 500.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 36<br>FP MAILING SOLUTIONS<br>PO BOX 4510<br>CAROL STREAM, IL 60197-4510 | X | J | | | | | 475.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 37<br>GATEWAY BANK VISA<br>CARDMEMBER SERVICE<br>PO BOX 6353<br>FARGO, ND 58125-6353 | X | W | | | | | 1,258.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 38<br>GERRYS FIRE & SAFETY<br>PO BOX 75<br>303 21ST ST<br>NEWPORT, MN 55055 | X | H | | | | | 197.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 39<br>GRAYBAR<br>12437 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-2437 | X | H | | | | | 1,095.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,525.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Joseph Engelhart,**                                          Case No. _____
         **Susan Kay Engelhart**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT | | | | |
| **Creditor #: 40** **HARRIS COMMUNICATIONS** **15155 TECHNOLOGY DRIVE** **EDEN PRAIRIE, MN 55344** | X | H | | | | | 235.00 |
| Account No. | | | MEDICAL BILL | | | | |
| **Creditor #: 41** **HEALTH PARTNERS CLINICS** **PO BOX 77026** **MINNEAPOLIS, MN 55480-7726** | | J | | | | | 650.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| **Creditor #: 42** **JENNE DISTRIBUTORS** **33665 CHESTER RD** **AVON, OH 44011** | X | H | | | | | 467.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| **Creditor #: 43** **KEITH AND CYNDIA SCHWEIGER** **2291 OCALA LANE** **MENDTOA HEIGHTS, MN 55120** | X | J | | | | | 44,000.00 |
| Account No. | | | | | | | |
| **MICHAEL BADER** **1500 US BANK CENTER** **101 EAST FIFTH STREET** **SAINT PAUL, MN 55101** | | | Representing: **KEITH AND CYNDIA SCHWEIGER** | | | | **Notice Only** |

Sheet no. **9** of **18** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **45,352.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert Joseph Engelhart,**
     **Susan Kay Engelhart**                          Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 44** **KOHLS** **PO BOX 2983** **MILWAUKEE, WI 53201-2983** | | J | CREDIT CARD | | | | 471.00 |
| Account No. **Creditor #: 45** **LEONARD O BRIEN** **100 SOUTH FIFTH STREET** **STE 2500** **MINNEAPOLIS, MN 55402** | | H | LEGAL FEES | | | | 4,900.00 |
| Account No. **Creditor #: 46** **LOMMEN ABDO COLE KING** **1000 INTERNATIONAL CENTER** **920 SECOND AVE S** **MINNEAPOLIS, MN 55402** | X | W | BUSINESS DEBT | | | | 2,882.00 |
| Account No. **Creditor #: 47** **MED-PAT** **31 RIORDAN PLACE** **SHREWSBURY, NJ 07702** | X | H | BUSINESS DEBT | | | | 876.00 |
| Account No. **Creditor #: 48** **MR SPARKY** **1424 3RD ST N** **MINNEAPOLIS, MN 55411** | | J | HOME IMPROVEMENT | | | | 4,840.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                      (Total of this page)    **13,969.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Joseph Engelhart,**
     **Susan Kay Engelhart**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **BUSINESS DEBT** | | | | |
| **Creditor #: 49**<br>**MR SPARKY**<br>**1424 3RD ST N**<br>**MINNEAPOLIS, MN 55411** | X | W | | | | | | 4,049.00 |
| Account No. | | | | **BUSINESS DEBT** | | | | |
| **Creditor #: 50**<br>**NACR INC**<br>**NW 5806**<br>**PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-5806** | X | H | | | | | | 600.00 |
| Account No. | | | | **BUSINESS DEBT** | | | | |
| **Creditor #: 51**<br>**NATD**<br>**131 NW 1ST AVENUE**<br>**DELRAY BEACH, FL 33444** | X | H | | | | | | 900.00 |
| Account No. | | | | **STUDENT LOANS** | | | | |
| **Creditor #: 52**<br>**NELNET**<br>**DEPARTMENT OF EDUCATION**<br>**PO BOX 740283**<br>**ATLANTA, GA 30374-0283** | | W | | | | | | 10,066.00 |
| Account No. | | | | **BUSINESS DEBT** | | | | |
| **Creditor #: 53**<br>**NEW FRENCH BAKERY**<br>**828 KASOTA AVE SE**<br>**MINNEAPOLIS, MN 55411** | X | J | | | | | | 1,327.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,942.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Joseph Engelhart,**
**Susan Kay Engelhart**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| Creditor #: 54 PARAGON COMMUNICATIONS 41 MAIN STREET BOLTON, MA 01740 | X | H | | | | | | 11,476.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Creditor #: 55 POPP COMMUNICATIONS 620 MENDELSSOHN AVE N GOLDEN VALLEY, MN 55427 | X | W | | | | | | 220.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Creditor #: 56 REFURB SUPPLIES 225 FIRST FLIGHT DRIVE AUBURN, ME 04210 | X | H | | | | | | 329.00 |
| Account No. | | | | LEGAL FEES | | | | |
| Creditor #: 57 REPPE LAW 107 6TH STREET WEST NORTHFIELD, MN 55057 | | H | | | | | | 800.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| Creditor #: 58 ROASTERY SEVEN 6840 SHINGLE CREEK PKWY STE 7 BROOKLYN CENTER, MN 55430 | X | W | | | | | | 1,495.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,320.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Joseph Engelhart,**
    **Susan Kay Engelhart**
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 59**<br>**ROBERT ENGELHART**<br>**8796 WALTON OAKS DRIVE**<br>**BLOOMINGTON, MN 55438** | | J | **BUSINESS DEBT** | | | | 91,000.00 |
| Account No.<br>**Creditor #: 60**<br>**SCANSOURCE COMMUNICATIONS**<br>**24263 NETWORK PLACE**<br>**CHICAGO, IL 60673-1242** | X | H | **BUSINESS DEBT** | | | | 9,381.00 |
| Account No.<br>**Creditor #: 61**<br>**SHERWIN WILLIAMS**<br>**C/O DEHAAN & BACH**<br>**25 WHITNEY DR STE 106**<br>**MILFORD, OH 45150** | X | H | **BUSINESS DEBT** | | | | 124.00 |
| Account No.<br>**Creditor #: 62**<br>**SOUTHWEST JOURNAL**<br>**MN PREMIER PUBLICATION**<br>**1115 HENNEPIN AVE**<br>**MINNEAPOLIS, MN 55403** | X | W | **BUSINESS DEBT** | | | | 200.00 |
| Account No.<br>**Creditor #: 63**<br>**ST PAUL RADIOLOGY**<br>**PO BOX 812**<br>**INDIANAPOLIS, IN 46206** | | J | **MEDICAL BILL** | | | | 73.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

100,778.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert Joseph Engelhart,**
        **Susan Kay Engelhart**                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | SON'S HIGH SCHOOL TUITION | | | | |
| **Creditor #: 64** **ST THOMAS HIGH SCHOOL** **949 MENDOTA HEIGHTS ROAD** **SAINT PAUL, MN 55120** | | J | | | | | | 2,700.00 |
| Account No. | | | | PERSONAL GUARANTEE | | | | |
| **Creditor #: 65** **STATES RESOURCES** **2211 SOUTH 156TH CIRCLE** **OMAHA, NE 68130** | X | H | | | | | | 480,198.00 |
| Account No. | | | | Representing: STATES RESOURCES | | | | |
| **DAVID R KNODELL** **20305 COUNTY ROAD 50** **CORCORAN, MN 55340** | | | | | | | | Notice Only |
| Account No. | | | | Representing: STATES RESOURCES | | | | |
| **US BANK** **PO BOX 790408** **SAINT LOUIS, MO 63179-0408** | | | | | | | | Notice Only |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Creditor #: 66** **SUNTIDE COMMERICAL REALTY** **3100 50TH ST DEVELOPERS** **2550 UNIVERSTIY AVE W STE 416** **SAINT PAUL, MN 55114** | X | J | | | | | | 18,056.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **500,954.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert Joseph Engelhart,**
       **Susan Kay Engelhart**                                    Case No. _____

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS DEBT, FUTURE RENT NOT ACCRUED | | | | |
| Creditor #: 67 SUNTIDE COMMERICAL REALTY 3100 50TH ST DEVELOPERS 2550 UNIVERSTIY AVE W STE 416 SAINT PAUL, MN 55114 | X | J | | | | | 114,000.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 68 TDS METROCOMM-MN PO BOX 94510 PALATINE, IL 60094-4510 | X | H | | | | | 358.00 |
| Account No. | | | BUSINESS DEBT | | | | |
| Creditor #: 69 THE RICK KERR COMPANY PO BOX 541085 CINCINNATI, OH 45254 | X | H | | | | | 2,388.00 |
| Account No. | | | MEDICAL DEBT | | | | |
| Creditor #: 70 THE URGENCY ROOM 7030 VALLEY CREEK PLAZA WOODBURY, MN 55125 | | J | | | | | 756.00 |
| Account No. | | | CONSUMER DEBT | | | | |
| Creditor #: 71 TK MARINE 4471 SCOTT TRAIL EAGAN, MN 55122 | | J | | | | | 1,400.00 |

Sheet no. _**15**_ of _**18**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal
                       (Total of this page)     **118,902.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Joseph Engelhart,**
    **Susan Kay Engelhart**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 72**<br>**TROJES TRASH**<br>**6010 CONCORD BLVD**<br>**INVER GROVE HEIGHTS, MN 55076** | X | W | BUSINESS DEBT | | | | 240.00 |
| Account No. **Creditor #: 73**<br>**ULINE**<br>**12575 UNLINE DRIVE**<br>**PLEASANT PRAIRIE, WI 53158** | X | H | BUSINESS DEBT | | | | 1,500.00 |
| Account No. **Creditor #: 74**<br>**UPS SUPPLY CHAIN SOLUTIONS**<br>**C/O RECEIVABLE MANAGMENT SOL**<br>**PO BOX 523**<br>**RICHFIELD, OH 44286** | X | J | BUSINESS DEBT | | | | 323.00 |
| Account No. **Creditor #: 75**<br>**US BANK VISA**<br>**PO BOX 790408**<br>**SAINT LOUIS, MO 63179** | X | H | BUSINESS DEBT | | | | 37,341.00 |
| Account No. **Creditor #: 76**<br>**USAA**<br>**10750 MCDERMOTT FREEWAY**<br>**SAN ANTONIO, TX 78288** | | H | PERSONAL DEBT | | | | 7,410.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,814.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Joseph Engelhart,**
　　　**Susan Kay Engelhart**                                              Case No. _____

_____,
　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Creditor #: 77** **WALMART** **PO BOX 530927** **ATLANTA, GA 30353-0927** | X | H | | | | | | 930.00 |
| Account No. | | | | Representing: | | | | |
| **COMPLETE RECOVERY SERVICES** **PO BOX 30184** **TAMPA, FL 33630** | | | | **WALMART** | | | | **Notice Only** |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Creditor #: 78** **WELLINGTON SECURITY** **4 EAST DIAMOND LAKE RD** **MINNEAPOLIS, MN 55419-1923** | X | W | | | | | | 739.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Creditor #: 79** **WELLINGTON SECURITY** **4 E DIAMOND LAKE RD** **MINNEAPOLIS, MN 55419** | X | H | | | | | | 116.00 |
| Account No. | | | | BUSINESS DEBT | | | | |
| **Creditor #: 80** **WELLS FARGO VISA** **PO BOX 6412** **CAROL STREAM, IL 60197** | X | W | | | | | | 5,375.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**7,160.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert Joseph Engelhart,**
**Susan Kay Engelhart**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 81**<br>**WESTERN BANK**<br>**4400 W 78TH ST STE 100**<br>**BLOOMINGTON, MN 55435** | X | H | **BUSINESS DEBT**<br>**PERSONAL GUARANTEE** | | | | 61,000.00 |
| Account No.<br>**ANASTASI JELLUM**<br>**14985 60TH STREET NORTH**<br>**STILLWATER, MN 55082** | | | Representing:<br>**WESTERN BANK** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 82**<br>**XCEL ENERGY - NSP**<br>**PO BOX 9477**<br>**MINNEAPOLIS, MN 55484** | X | J | **BUSINESS DEBT** | | | | 786.00 |
| Account No.<br>**Creditor #: 83**<br>**XCEL ENERGY - NSP**<br>**PO BOX 9477**<br>**MINNEAPOLIS, MN 55484** | X | H | **BUSINESS DEBT** | | | | 1,208.00 |
| Account No.<br>**Creditor #: 84**<br>**YALE MECHANICAL**<br>**C/O TRANSWORLD SYSTEMS**<br>**507 PRUDENTIAL RD**<br>**HORSHAM, PA 19044** | X | H | **BUSINESS DEBT** | | | | 2,555.00 |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 65,549.00 |
| Total<br>(Report on Summary of Schedules) | 1,082,833.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re **Robert Joseph Engelhart,**                                        Case No. _____
       **Susan Kay Engelhart**
_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Centura Health Systems**<br>**Denver, CO** | **Pending agreement with debtor to remove**<br>**telephone system.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Robert Joseph Engelhart,**                                    Case No. _____
  **Susan Kay Engelhart**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **AMERICAN PAPER**<br>**3110 NEIL ARMSTRON BLVD**<br>**SAINT PAUL, MN 55121** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **CITICARDS**<br>**PO BOX 183071**<br>**COLUMBUS, OH 43218-3071** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **ECOLAB PEST ELIMINATION**<br>**26252 NETWORK PLACE**<br>**CHICAGO, IL 60673-1262** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **EFH CO**<br>**2999 W COUNTY ROAD 42**<br>**BURNSVILLE, MN 55337** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **FIRST DATA GLOBAL LEASING**<br>**PO BOX 173845**<br>**DENVER, CO 80217** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **GATEWAY BANK VISA**<br>**CARDMEMBER SERVICE**<br>**PO BOX 6353**<br>**FARGO, ND 58125-6353** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **LOMMEN ABDO COLE KING**<br>**1000 INTERNATIONAL CENTER**<br>**920 SECOND AVE S**<br>**MINNEAPOLIS, MN 55402** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **MR SPARKY**<br>**1424 3RD ST N**<br>**MINNEAPOLIS, MN 55411** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **NEW FRENCH BAKERY**<br>**828 KASOTA AVE SE**<br>**MINNEAPOLIS, MN 55411** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **POPP COMMUNICATIONS**<br>**620 MENDELSSOHN AVE N**<br>**GOLDEN VALLEY, MN 55427** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **ROASTERY SEVEN**<br>**6840 SHINGLE CREEK PKWY STE 7**<br>**BROOKLYN CENTER, MN 55430** |

**5**

____ continuation sheets attached to Schedule of Codebtors

In re   **Robert Joseph Engelhart,**                                    Case No. _____
        **Susan Kay Engelhart**

_____,
                            Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **SOUTHWEST JOURNAL**<br>**MN PREMIER PUBLICATION**<br>**1115 HENNEPIN AVE**<br>**MINNEAPOLIS, MN 55403** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **SUNTIDE COMMERICAL REALTY**<br>**3100 50TH ST DEVELOPERS**<br>**2550 UNIVERSTIY AVE W STE 416**<br>**SAINT PAUL, MN 55114** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **SUNTIDE COMMERICAL REALTY**<br>**3100 50TH ST DEVELOPERS**<br>**2550 UNIVERSTIY AVE W STE 416**<br>**SAINT PAUL, MN 55114** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **TROJES TRASH**<br>**6010 CONCORD BLVD**<br>**INVER GROVE HEIGHTS, MN 55076** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **WELLINGTON SECURITY**<br>**4 EAST DIAMOND LAKE RD**<br>**MINNEAPOLIS, MN 55419-1923** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **WELLS FARGO VISA**<br>**PO BOX 6412**<br>**CAROL STREAM, IL 60197** |
| **BECKYSUE, LLC**<br>**MENDOTA HEIGHTS, MN** | **KEITH AND CYNDIA SCHWEIGER**<br>**2291 OCALA LANE**<br>**MENDTOA HEIGHTS, MN 55120** |
| **PB EXCHAGE, INC.**<br>**BURNSVILLE, MN** | **ARTISAN POWER LLC**<br>**577 MAIN STREET STE 430**<br>**HUDSON, MA 01749** |
| **PB EXCHANGE, INC**<br>**BURNSVILLE, MN** | **A-1 TELETRONICS**<br>**1010 118TH AVE NORTH**<br>**SAINT PETERSBURG, FL 33716** |
| **PB EXCHANGE, INC**<br>**BURNSVILLE, MN** | **AMERICAN EXPRESS**<br>**BOX 0001**<br>**LOS ANGELES, CA 90096-0001** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **FIRST DATA GLOBAL LEASING**<br>**HUNTER WARFILED**<br>**4620 WOODLAND CORPORATE BLVD**<br>**TAMPA, FL 33614** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **US BANK VISA**<br>**PO BOX 790408**<br>**SAINT LOUIS, MO 63179** |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re  **Robert Joseph Engelhart,**                                    Case No. _____
       **Susan Kay Engelhart**
                                                            ,
                                    Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | WESTERN BANK<br>4400 W 78TH ST STE 100<br>BLOOMINGTON, MN 55435 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | ARCAS TECHNOLOGY<br>12560 FLETCHER LANE STE 150<br>ROGERS, MN 55374 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | PARAGON COMMUNICATIONS<br>41 MAIN STREET<br>BOLTON, MA 01740 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | SCANSOURCE COMMUNICATIONS<br>24263 NETWORK PLACE<br>CHICAGO, IL 60673-1242 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | DIRECT ACCESS SYSTEMS<br>1309 S MYRTLE AVE<br>MONROVIA, CA 91016-4150 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | D & S COMMUNICATIONS INC<br>1355 MCLEAN BLVD<br>ELGIN, IL 60123 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | BLACK BOX RESALE SERVICES<br>9155 COTTOWOOD LANE N<br>MAPLE GROVE, MN 55369 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | THE RICK KERR COMPANY<br>PO BOX 541085<br>CINCINNATI, OH 45254 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | ULINE<br>12575 UNLINE DRIVE<br>PLEASANT PRAIRIE, WI 53158 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | GRAYBAR<br>12437 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-2437 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | NATD<br>131 NW 1ST AVENUE<br>DELRAY BEACH, FL 33444 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | MED-PAT<br>31 RIORDAN PLACE<br>SHREWSBURY, NJ 07702 |
| PB EXCHANGE, INC.<br>BURNSVILLE, MN | CREATIVE PACKAGING DISPLAY LLC<br>8600 WYOMING AVE NORTH<br>BROOKLYN PARK, MN 55445 |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Robert Joseph Engelhart,**
     **Susan Kay Engelhart**                                     Case No. _____

                                           Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **FEATURECOM**<br>**31 PENNSYLVANIA AVE**<br>**BUILDING C**<br>**CONCORD ON L4K CANADA** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **XCEL ENERGY - NSP**<br>**PO BOX 9477**<br>**MINNEAPOLIS, MN 55484** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **XCEL ENERGY - NSP**<br>**PO BOX 9477**<br>**MINNEAPOLIS, MN 55484** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **CORDIAN TECHNOLOGIES, INC**<br>**1725 LAKE DRIVE WEST**<br>**CHANHASSEN, MN 55317** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **FEDERAL EXPRESS CORPORATION**<br>**C/O SYNTER RESOURCE GROUP**<br>**PO BOX 63247**<br>**NORTH CHARLESTON, SC 29419** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **JENNE DISTRIBUTORS**<br>**33665 CHESTER RD**<br>**AVON, OH 44011** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **ARROW ELECTRONICS**<br>**2299 TERRITORIAL ROAD**<br>**SAINT PAUL, MN 55114** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **TDS METROCOMM-MN**<br>**PO BOX 94510**<br>**PALATINE, IL 60094-4510** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **HARRIS COMMUNICATIONS**<br>**15155 TECHNOLOGY DRIVE**<br>**EDEN PRAIRIE, MN 55344** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **CENTURY LINK**<br>**PO BOX 91154**<br>**SEATTLE, WA 98111** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **CENTERPOINT ENERGY**<br>**PO BOX 467**<br>**HOUSTON, TX 77210-4671** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **FP MAILING SOLUTIONS**<br>**PO BOX 4510**<br>**CAROL STREAM, IL 60197-4510** |

Sheet  **3**  of  **5**  continuation sheets attached to the Schedule of Codebtors

In re    **Robert Joseph Engelhart,**            Case No. _____

       **Susan Kay Engelhart**

_____ ,

Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **NACR INC**<br>**NW 5806**<br>**PO BOX 1450**<br>**MINNEAPOLIS, MN 55485-5806** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **WALMART**<br>**PO BOX 530927**<br>**ATLANTA, GA 30353-0927** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **BOYER TRUCKS**<br>**C/O UNITED TRANZACTIONS**<br>**3200 EXECUTIVE WAY**<br>**HOLLYWOOD, FL 33025** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **BLUECROSS BLUESHEILD**<br>**3535 BLUE CROSS RD**<br>**ROUTE M103**<br>**EAGAN, MN 55122** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **DYNAMIC VOICE AND DATA**<br>**4403 GREENBRIAR DR**<br>**STAFFORD, TX 77477** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **CNA INSURANCE**<br>**PO BOX 79004**<br>**SAINT LOUIS, MO 63179** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **WELLINGTON SECURITY**<br>**4 E DIAMOND LAKE RD**<br>**MINNEAPOLIS, MN 55419** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **CAZARIN INTERACTIVE**<br>**7064 EAST FISH LAKE ROAD**<br>**MAPLE GROVE, MN 55311** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **UPS SUPPLY CHAIN SOLUTIONS**<br>**C/O RECEIVABLE MANAGMENT SOL**<br>**PO BOX 523**<br>**RICHFIELD, OH 44286** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **SHERWIN WILLIAMS**<br>**C/O DEHAAN & BACH**<br>**25 WHITNEY DR STE 106**<br>**MILFORD, OH 45150** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **CP TECH**<br>**8628 EAGLE CREEK CIRCLE**<br>**SAVAGE, MN 55378** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **CT CORPORATION SYSTEMS**<br>**C/O ALAN BUDMAN**<br>**PO BOX 654**<br>**ABINGTON, PA 19001** |

Sheet  **4**  of  **5**  continuation sheets attached to the Schedule of Codebtors

In re    **Robert Joseph Engelhart,**                                         Case No. _____
         **Susan Kay Engelhart**

_____,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **REFURB SUPPLIES**<br>**225 FIRST FLIGHT DRIVE**<br>**AUBURN, ME 04210** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **INTERNAL REVENUE SERVICE**<br>**PO BOX 145566**<br>**CINCINNATI, OH 45250** |
| **PB EXCHANGE, INC.**<br>**BURNSVILLE, MN** | **INTERNAL REVENUE SERVICE**<br>**CINCINNATI, OH 45999-0149** |
| **PB EXCHANGE, LLC**<br>**BURNSVILLE, MN** | **AMERICAN EXPRESS**<br>**PO BOX 918537**<br>**EL PASO, TX 79998** |
| **PB INDUSTRIES, INC.**<br>**BURNSVILLE, MN** | **GERRYS FIRE & SAFETY**<br>**PO BOX 75**<br>**303 21ST ST**<br>**NEWPORT, MN 55055** |
| **PB INDUSTRIES, LLC**<br>**BURNSVILLE, MN** | **STATES RESOURCES**<br>**2211 SOUTH 156TH CIRCLE**<br>**OMAHA, NE 68130** |
| **PB INDUSTRIES, LLC**<br>**BURNSVILLE, MN** | **CITY OF BURNSVILLE**<br>**PO BOX 77025**<br>**MINNEAPOLIS, MN 55480** |
| **PB INDUSTRIES, LLC**<br>**BURNSVILLE, MN** | **YALE MECHANICAL**<br>**C/O TRANSWORLD SYSTEMS**<br>**507 PRUDENTIAL RD**<br>**HORSHAM, PA 19044** |
| **PB INDUSTRIES, LLC**<br>**BURNSVILLE, MN** | **DAKOTA COUNTY PROPERTY**<br>**1590 HIGHWAY 55**<br>**HASTINGS, MN 55033** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert Joseph Engelhart** |
| Debtor 2 (Spouse, if filing) | **Susan Kay Engelhart** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | **Homecare** |
| | Employer's name | | **ALO Home Care** |
| | Employer's address | | **7201 York Ave S. #913**<br>**Edina, MN 55435** |
| | How long employed there? | | **Started 4-1-15** |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 1,000.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 1,000.00 |

Debtor 1   **Robert Joseph Engelhart**

Debtor 2   **Susan Kay Engelhart**

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $          0.00 | $     1,000.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $          0.00 | $       250.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $          0.00 | $          0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $          0.00 | $          0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $          0.00 | $          0.00 |
| 5e. **Insurance** | 5e. | $          0.00 | $          0.00 |
| 5f. **Domestic support obligations** | 5f. | $          0.00 | $          0.00 |
| 5g. **Union dues** | 5g. | $          0.00 | $          0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $          0.00 | + $          0.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $          0.00 | $       250.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $          0.00 | $       750.00 |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $          0.00 | $          0.00 |
| 8b. **Interest and dividends** | 8b. | $          0.00 | $          0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $          0.00 | $          0.00 |
| 8d. **Unemployment compensation** | 8d. | $          0.00 | $          0.00 |
| 8e. **Social Security** | 8e. | $          0.00 | $          0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $          0.00 | $          0.00 |
| 8g. **Pension or retirement income** | 8g. | $          0.00 | $     2,076.00 |
| 8h. **Other monthly income.** Specify: *Occasional work, average monthly amount* | 8h.+ | $     1,000.00 | + $          0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $     1,000.00 | $     2,076.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $     1,000.00 | + $     2,826.00 | = | $     3,826.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____

11.   + $          0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12.   $     3,826.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: | Husband is 53 years of age; wife is 57 years of age. Figures above are estimated because wife's employment starts 4-1-15. Husband's expects to become employed in next 6 months.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert Joseph Engelhart** |
| Debtor 2 (Spouse, if filing) | **Susan Kay Engelhart** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                      12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

   　　■ No

   　　☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent.............

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **16 years** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,306.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1   **Robert Joseph Engelhart**
Debtor 2   **Susan Kay Engelhart**                              Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ 193.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ 90.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 210.00 |
| | 6d. | Other. Specify: | 6d. $ 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ 500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ 100.00 |
| 10. | **Personal care products and services** | | 10. $ 20.00 |
| 11. | **Medical and dental expenses** | | 11. $ 30.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ 450.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ 25.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. | Life insurance | 15a. $ 0.00 |
| | 15b. | Health insurance | 15b. $ 75.00 |
| | 15c. | Vehicle insurance | 15c. $ 190.00 |
| | 15d. | Other insurance. Specify: | 15d. $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ 281.80 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ 141.62 |
| | 17c. | Other. Specify: | 17c. $ 0.00 |
| | 17d. | Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: **Court ordered HS tuition, supposed to pay one-half, est. amt** | | 19. $ 450.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. | Mortgages on other property | 20a. $ 0.00 |
| | 20b. | Real estate taxes | 20b. $ 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |
| 21. | **Other:** Specify: **Pet expenses** | | 21. +$ 35.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | $ 5,197.42 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ 3,826.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ 5,197.42 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ -1,371.42 |

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    **Monthly amount of maintenance or child support could change.**
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re    **Robert Joseph Engelhart**
**Susan Kay Engelhart**

Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **42** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April  2, 2015** _____

Signature    **/s/ Robert Joseph Engelhart**
                     **Robert Joseph Engelhart**
                     Debtor

Date  **April  2, 2015** _____

Signature    **/s/ Susan Kay Engelhart**
                     **Susan Kay Engelhart**
                     Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Minnesota

In re    **Robert Joseph Engelhart**
         **Susan Kay Engelhart**                                       Case No.

                                                     Debtor(s)            Chapter      **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,075.00** | **2015 Income from Angelicare $1,575. Wife received $3,500 from inventory sales.** |
| **$98,700.00** | **2014 Husband's Gross Income $60,000, $15,000 from PB Exchange, Inc.; Wife's Gross Income from Angelicare $18,900. Husband received $4,800 from MSI6500, LLC.** |
| **$76,158.00** | **2013 Husband's Income from PB Exchange, Inc. $34,500 plus $17,725. Wife received $18,900 from sale of Angelicare. Husband received $5,033 from MSI6500, LLC.** |

B7 (Official Form 7) (04/13)                                                                                           2

---

**2. Income other than from employment or operation of business**

None  ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,250.00** | **2015 Wife's Pension Income** |
| **$41,300.00** | **2014 Wife's Pension Income $24,300 and Inventory sale $17,000** |
| **$7,000.00** | **2014 $7,000 from selling items on Craigslist or Ebay** |
| **$24,912.00** | **2013 Wife's Pension Income** |
| **$35,193.00** | **2013 Wife's IRA distribution $35,193** |
| **$18,900.00** | **2013 Wife's Income from sale of Angelicare** |

---

**3. Payments to creditors**

None  ☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **1. Mr. Sparky, Inc.** | **Feb. 2015, gave phone system worth $3,000** | **$0.00** | **$1,500.00** |
| **2. Becky Rooney, Esq.** | **Last 90 days, paid regular monthly bill as work performed** | **$5,000.00** | **$0.00** |
| **3. Jacob Hendricks, Esq.** | **Feb. 2015** | **$5,000.00** | **$0.00** |
| **4. St. Thomas Academy** | **Dec. 2014 (obligation of child support)** | **$11,300.00** | **$0.00** |
| **5. Laura Hoss** | **Jan. 2015, spousal maintenance** | **$25,000.00** | **$0.00** |

None  ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None  ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **1. Dakota County Judgment Keith & Cyndia Schweiger against Robert and Susan Engelhart for $54,000** | | | |
| **2. Dakota County Judgment American Express against Robert Engelhart for $17,800** | | | |
| **3. 3100 50th St. Developers aka Suntide Commerical Realty** | | | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.   Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.   Assignments and receiverships**

None ☐    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **KEITH & CYNDIA SCHWEIGER 2291 OCALA LANE MENDOTA HEIGHTS, MN 55120** | **FEB. 2015** | **$1,575/mo. until 8-2017** |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          4

---

**7. Gifts**

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **See Question 10** | | | |

---

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **1. Cell phone, bicycle stolen** | **Stolen** | **2014** |
| **2. Inventory** | **Stolen** | **2014** |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CRAIG W ANDRESEN ATTY**<br>**2001 KILLEBREW DRIVE**<br>**SUITE 150**<br>**BLOOMINGTON, MN 55425** | **July 2014 $5,000, March 3, 2015, $600** | **$5,600 for attorney fees and court filing fee** |
| **Abacus Credit Counseling** | **October 13, 2015** | **$25 for credit counseling** |

---

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **1. Robert H. Engelhart, father** | **Dec. 2014** | **Sold interest in MSI6500 LLC to father, Robert H. Engelhart in Dec. 2014, $55,000 paid to mortgage on home, First Minnesota.** |

B7 (Official Form 7) (04/13)                                                                                                    5

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **2. Robert H. Engelhart, father** | **Jan. 2015** | **Sold int. in Libertas LLC to father January 2015 for $137,500. Funds used for: $26,300 spousal maintenance , $6,801 to Becky Rooney Law, $2,500 to Fellhabler Larson for Angelicare Assignment, $750 for Tacoma repair, $168 for battery for BMW, $268 car rental while Tacoma was repaired, $152 traffic fines, $713 auto insurance, $1,418 gas, $424 to Affinity Plus Credit Union for BMW car payment, $845 Affinity Plus Credit Union Tacoma car payment, $523 Affinity Plus Credit Union.** |
| **2. Cont'd** | | **$11,054 court ordered tuition St. Thomas Academy High School for 16 year old son, $1,020 clothes for job interviews, $2,459 dental check up and two crowns for husband, $202 recreation, $3,203 groceries, $3,908 for couch, two living room chairs, two side tables, & coffee table, $415 court ordered health insurance for minor son, $20,586 completion of home construction and repairs, $816 Target and Walgreens, $1,065 for job search with Pat O'Donnel, resume, & office supplies,** |
| **2. Cont'd** | | **$2,392 mortgage payment, $369 wife's school books, $741 misc., $1,555 gas, electric, City of Minneapolis, & internet, $355 college age daughter's medical expenses, $157 college age daughter's parking ticket, $451 college age daughter's living expenses, $25 disabled son's living expenses, $18,459 capital gains 2014 est. tax, $9,661 state capital gains 2014 est. tax, $9,300 self employment 2014 est. tax, $2,300 husband's MN 2012 income tax, $2,172.10 wife's MN 2012 income tax, and** |
| **2. Cont'd** | | **$4,750 wife's Federal 2012 income tax.** |
| **3. SH Homecare** | **Aug. 2012** | **Angelicare, LLC. Wife owns 50%, brother owns 50%. Sold to SH Homecare August 2012 for $360,000: $50,000 each ($100,000) each gets $94,000 over 5 years, $1,580 each month. Still has to receive thru August 2017.** |
| **4. Bonafide Purchaser** | **2013** | **Wife sold house in 2013 $225,000; mortgage $160,000. $60,000 paid for homestead.** |
| **5. Daughter, age 23.** | **Last 24 months** | **Daughter received $15,000 out of 529 account plus $800 since 2013.** |
| **6. Daughter, age 21.** | **Last 24 months** | **Daughter received $6,000 out of 529 account plus $800 since 2013.** |
| **7. Son, age 24.** | **Last 24 months** | **Husband gave son, 24, approx. $2,400 (in foster care)** |
| **8. Son, age 16.** | **Last 24 months** | **Husband gave son, 16, about $2,000 over past 2 years.** |
| **9. Son, age 30** | **Last 24 months** | **Gave wife's 30 year old son $800.** |

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **10. Robert Engelhart, father** | **April 1, 2015** | **Sold boat for $8,500; proceeds: $11,500 boat loan, $1,100 Becky Rooney, $210 groceries, $200 utilites, $109 school supplies, $4,750 mortgage, $53 license tabs, $44 dog food, and $110 gas and old change.** |
| **11. Misc. Coffee shopes** | **Jan. 2013** | **Coffee shop inventory $11,000** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **US BANK** | **Checking and savings account** | **5-2014** |

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Western Bank** | **Feb. 2015  Cash value life insurance** | **45,000** |

**14.  Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **1. 529 Education Plan** | **Son 16 $30,000** | |

B7 (Official Form 7) (04/13)

7

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **2. 529 Education Plan** | **Daughter 21 $30,000** | |
| **3. 529 Education Plan** | **Daughter 23 $40,000** | |

---

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **850 Cheri Lane**<br>**Mendota Heights, MN 55120** | **Same** | **Within the past three years** |
| **3205 Kentucky Ave.**<br>**St. Louis Park, MN 55426** | **Same** | **Within the past three years** |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                          8

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **fdba BeckySue LLC fdba Bella Boutique** | | **3100 W. 50th Street Minneapolis, MN** | **Womens clothing & accessories. No assets remaining.** | **11-15-2011 to 12-31-2014** |
| **Fischerville Coffee** | | **Mendota Heights, MN** | **No assets remaining.** | **11-15-2011 to 12-31-12** |
| **Angelicare LLC** | | **St. Louis Park, MN** | **Wife owns 50%, brother owns 50%. Sold to SH Homecare August 2012 for $360,000: $50,000 each ($100,000) each gets $94,000 over 5 years, $1,580 each month.Usually $700,000 grossed annually.** | **3-2002 to 8-2012** |
| **PB Exchange, Inc.** | | **1300 East 115th St. Burnsville, MN 55337** | **No activity since 7-2014. No assets now. Buying & selling telecomm equipment.** | **2-15-1993 to 1-15-2014** |
| **PB Industries, LLC** | | **Burnsville, MN** | **Real estate** | **2000 to Now** |
| **Libertas, LLC** | | **Bloomington, MN** | **Real estate** | **2004 - 2015** |
| **MSI6500, LLC** | | **St. Louis Park, MN** | **Real estate** | **2006 - 2015** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                         ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)                                                                                                    9

---

**19. Books, records and financial statements**

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐     supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Corneliuson & Associates** | **Past 7 years** |
| **Hopkins, MN** | |

None  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■     of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐     of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Corneliuson & Associates** | **Hopkins, MN** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐     issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **1. States Resources** | **Feb. 2015** |
| **Omaha, NE** | |
| **2. Laura Hoss** | **2014** |
| **3. Western Bank** | **2014** |

---

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■     and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                           10

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                     DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                      DATE AND PURPOSE                OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR             OF WITHDRAWAL                   VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date   **April  2, 2015**                    Signature   **/s/ Robert Joseph Engelhart**
                                                         **Robert Joseph Engelhart**
                                                         Debtor

Date   **April  2, 2015**                    Signature   **/s/ Susan Kay Engelhart**
                                                         **Susan Kay Engelhart**
                                                         Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### District of Minnesota

In re    **Robert Joseph Engelhart**
       **Susan Kay Engelhart**

                Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**AFFINITY PLUS CREDIT UNION** | **Describe Property Securing Debt:**<br>**2003 Toyota Tacoma** |
|---|---|

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain   __Retain and pay.__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**AFFINITY PLUS CREDIT UNION** | **Describe Property Securing Debt:**<br>**2003 BMW 325i (owned by PB Exchange)** |
|---|---|

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain   __Retain and pay.__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt              ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**FIRST MINNESOTA BANK** | **Describe Property Securing Debt:**<br>**Homestead: Lot 8, Block 8, Edgewater on Nokomis Second Addition, Hennepin County, Minnesota.**<br><br>**Property Address: 5528 12th Avenue South, Minneapolis, MN 55417**<br><br>**Property tax value payable in 2015 = $294,500** |

Property will be (check one):
&#9633; Surrendered                    &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9632; Other.  Explain  __Retain and pay.__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt                    &#9633; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>&#9633; YES          &#9633; NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __April  2, 2015__          Signature  __/s/ Robert Joseph Engelhart__
                                              **Robert Joseph Engelhart**
                                              Debtor


Date  __April  2, 2015__          Signature  __/s/ Susan Kay Engelhart__
                                              **Susan Kay Engelhart**
                                              Joint Debtor

Local Form 1007-1 (05/14)

# United States Bankruptcy Court
## District of Minnesota

In re   **Robert Joseph Engelhart**
        **Susan Kay Engelhart**                                    Case No. _____
                                          Debtor(s)        Chapter    **7**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ............................    $   **5,600.00**    _____
Prior to the filing of this statement I have received    ..............    $   **5,600.00**    _____
Balance Due    .........................................................................    $   **0.00**    _____

2.    The source of the compensation paid to me was:
      ■    Debtor                    ☐    Other (specify)

3.    The source of the compensation to be paid to me is:
      ■    Debtor                    ☐    Other (specify)

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      (a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

      (b) Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      (c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      (d) Representation of the debtor in contested bankruptcy matters; and

      (e) Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements of paragraph 9 of the Statement of Financial Affairs of the duty to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

Local Form 1007-1

## CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: __**April  2, 2015**_____

Signature of Attorney
**/s/ Craig W. Andresen**
_____
**Craig W. Andresen #186557**

.

1. LAURA M. HOSS
1558 MCCARTHY RD
EAGAN MN 55122


A-1 TELETRONICS
1010 118TH AVE NORTH
SAINT PETERSBURG FL 33716


AFFINITY PLUS CREDIT UNION
175 WEST LAFAYATTE ROAD
SAINT PAUL MN 55107


ALLINA HEALTH
PO BOX 77008
MINNEAPOLIS MN 55480-7708


AMERICAN EXPRESS
PO BOX 918537
EL PASO TX 79998


AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-0001


AMERICAN PAPER
3110 NEIL ARMSTRON BLVD
SAINT PAUL MN 55121


ANASTASI JELLUM
14985 60TH STREET NORTH
STILLWATER MN 55082


ARCAS TECHNOLOGY
12560 FLETCHER LANE STE 150
ROGERS MN 55374

ARROW ELECTRONICS
2299 TERRITORIAL ROAD
SAINT PAUL MN 55114


ARTISAN POWER LLC
577 MAIN STREET STE 430
HUDSON MA 01749


BECKYSUE, LLC
MENDOTA HEIGHTS MN


BLACK BOX RESALE SERVICES
9155 COTTOWOOD LANE N
MAPLE GROVE MN 55369


BLUECROSS BLUESHEILD
3535 BLUE CROSS RD
ROUTE M103
EAGAN MN 55122


BOYER TRUCKS
C/O UNITED TRANZACTIONS
3200 EXECUTIVE WAY
HOLLYWOOD FL 33025


CAZARIN INTERACTIVE
7064 EAST FISH LAKE ROAD
MAPLE GROVE MN 55311


CENTERPOINT ENERGY
PO BOX 467
HOUSTON TX 77210-4671


CENTURA HEALTH SYSTEMS
DENVER CO

CENTURY LINK
PO BOX 91154
SEATTLE WA 98111


CHILDRENS HOSPITAL
PO BOX 860061
MINNEAPOLIS MN 55486


CHILDRENS HOSPITAL
2525 CHICAGO AVE
MINNEAPOLIS MN 55404


CITICARDS
PO BOX 183071
COLUMBUS OH 43218-3071


CITY OF BURNSVILLE
PO BOX 77025
MINNEAPOLIS MN 55480


CITY OF MINNEAPOLIS
HENNEPIN COUNTY GOVT CENTER
300 S 6TH ST
MINNEAPOLIS MN 55487-0014


CNA INSURANCE
PO BOX 79004
SAINT LOUIS MO 63179


COLORADO DOT
GO PASS NORTHWEST PARKWAY LLC
3701 NORTHWEST PARKWAY
BROOMFIELD CO 80023


COMCAST
PO BOX 34744
SEATTLE WA 98124

COMCAST
PO BOX 3002
SOUTHEASTERN PA 19398-3002


COMPLETE RECOVERY SERVICES
PO BOX 30184
TAMPA FL 33630


CORDIAN TECHNOLOGIES, INC
1725 LAKE DRIVE WEST
CHANHASSEN MN 55317


CP TECH
8628 EAGLE CREEK CIRCLE
SAVAGE MN 55378


CREATIVE PACKAGING DISPLAY LLC
8600 WYOMING AVE NORTH
BROOKLYN PARK MN 55445


CREDITOR ADVOCATES
1551 SOUTHCROSS DRIVE W
SUITE C
BURNSVILLE MN 55306


CT CORPORATION SYSTEMS
C/O ALAN BUDMAN
PO BOX 654
ABINGTON PA 19001


D & S COMMUNICATIONS INC
1355 MCLEAN BLVD
ELGIN IL 60123


DAKOTA COUNTY PROPERTY
1590 HIGHWAY 55
HASTINGS MN 55033

DAVID R KNODELL
20305 COUNTY ROAD 50
CORCORAN MN 55340


DIRECT ACCESS SYSTEMS
1309 S MYRTLE AVE
MONROVIA CA 91016-4150


DIVERSIFIED ADJUSTMENT
PO BOX 32145
FRIDLEY MN 55432


DYNAMIC VOICE AND DATA
4403 GREENBRIAR DR
STAFFORD TX 77477


ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO IL 60673-1262


EFH CO
2999 W COUNTY ROAD 42
BURNSVILLE MN 55337


FEATURECOM
31 PENNSYLVANIA AVE
BUILDING C
CONCORD ON L4K CANADA


FEDERAL EXPRESS CORPORATION
C/O SYNTER RESOURCE GROUP
PO BOX 63247
NORTH CHARLESTON SC 29419


FIRST DATA GLOBAL LEASING
HUNTER WARFILED
4620 WOODLAND CORPORATE BLVD
TAMPA FL 33614

FIRST DATA GLOBAL LEASING
PO BOX 173845
DENVER CO 80217


FIRST MINNESOTA BANK
11431 JEFFERSON COURT N
CHAMPLIN MN 55316


FP MAILING SOLUTIONS
PO BOX 4510
CAROL STREAM IL 60197-4510


GATEWAY BANK VISA
CARDMEMBER SERVICE
PO BOX 6353
FARGO ND 58125-6353


GERRYS FIRE & SAFETY
PO BOX 75
303 21ST ST
NEWPORT MN 55055


GRAYBAR
12437 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2437


GURSTEL CHARGO
6681 COUNTY CLUB DR
GOLDEN VALLEY MN 55427


HARRIS COMMUNICATIONS
15155 TECHNOLOGY DRIVE
EDEN PRAIRIE MN 55344


HEALTH PARTNERS CLINICS
PO BOX 77026
MINNEAPOLIS MN 55480-7726

```
INTERNAL REVENUE SERVICE
PO BOX 145566
CINCINNATI OH 45250


INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0149



INTERNAL REVENUE SERVICE
STOP 5700
30 EAST 7TH STREET SUITE 1222
ST PAUL MN 55101-4940


JENNE DISTRIBUTORS
33665 CHESTER RD
AVON OH 44011


KEITH AND CYNDIA SCHWEIGER
2291 OCALA LANE
MENDTOA HEIGHTS MN 55120


KOHLS
PO BOX 2983
MILWAUKEE WI 53201-2983


LEONARD O BRIEN
100 SOUTH FIFTH STREET
STE 2500
MINNEAPOLIS MN 55402


LOMMEN ABDO COLE KING
1000 INTERNATIONAL CENTER
920 SECOND AVE S
MINNEAPOLIS MN 55402


MED-PAT
31 RIORDAN PLACE
SHREWSBURY NJ 07702
```

MICHAEL BADER
1500 US BANK CENTER
101 EAST FIFTH STREET
SAINT PAUL MN 55101


MR SPARKY
1424 3RD ST N
MINNEAPOLIS MN 55411


NACR INC
NW 5806
PO BOX 1450
MINNEAPOLIS MN 55485-5806


NATD
131 NW 1ST AVENUE
DELRAY BEACH FL 33444


NELNET
DEPARTMENT OF EDUCATION
PO BOX 740283
ATLANTA GA 30374-0283


NEW FRENCH BAKERY
828 KASOTA AVE SE
MINNEAPOLIS MN 55411


PARAGON COMMUNICATIONS
41 MAIN STREET
BOLTON MA 01740


PB EXCHAGE, INC.
BURNSVILLE MN


PB EXCHANGE, INC
BURNSVILLE MN

PB EXCHANGE, INC.
BURNSVILLE MN


PB EXCHANGE, LLC
BURNSVILLE MN


PB INDUSTRIES, INC.
BURNSVILLE MN


PB INDUSTRIES, LLC
BURNSVILLE MN


POPP COMMUNICATIONS
620 MENDELSSOHN AVE N
GOLDEN VALLEY MN 55427


REFURB SUPPLIES
225 FIRST FLIGHT DRIVE
AUBURN ME 04210


REPPE LAW
107 6TH STREET WEST
NORTHFIELD MN 55057


ROASTERY SEVEN
6840 SHINGLE CREEK PKWY STE 7
BROOKLYN CENTER MN 55430


ROBERT ENGELHART
8796 WALTON OAKS DRIVE
BLOOMINGTON MN 55438

SCANSOURCE COMMUNICATIONS
24263 NETWORK PLACE
CHICAGO IL 60673-1242


SHERWIN WILLIAMS
C/O DEHAAN & BACH
25 WHITNEY DR STE 106
MILFORD OH 45150


SOUTHWEST JOURNAL
MN PREMIER PUBLICATION
1115 HENNEPIN AVE
MINNEAPOLIS MN 55403


ST PAUL RADIOLOGY
PO BOX 812
INDIANAPOLIS IN 46206


ST THOMAS HIGH SCHOOL
949 MENDOTA HEIGHTS ROAD
SAINT PAUL MN 55120


STATES RESOURCES
2211 SOUTH 156TH CIRCLE
OMAHA NE 68130


SUNTIDE COMMERICAL REALTY
3100 50TH ST DEVELOPERS
2550 UNIVERSTIY AVE W STE 416
SAINT PAUL MN 55114


TDS METROCOMM-MN
PO BOX 94510
PALATINE IL 60094-4510


THE RICK KERR COMPANY
PO BOX 541085
CINCINNATI OH 45254

THE URGENCY ROOM
7030 VALLEY CREEK PLAZA
WOODBURY MN 55125


TK MARINE
4471 SCOTT TRAIL
EAGAN MN 55122


TROJES TRASH
6010 CONCORD BLVD
INVER GROVE HEIGHTS MN 55076


ULINE
12575 UNLINE DRIVE
PLEASANT PRAIRIE WI 53158


UPS SUPPLY CHAIN SOLUTIONS
C/O RECEIVABLE MANAGMENT SOL
PO BOX 523
RICHFIELD OH 44286


US BANK
PO BOX 790408
SAINT LOUIS MO 63179-0408


US BANK VISA
PO BOX 790408
SAINT LOUIS MO 63179


USAA
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288


WALMART
PO BOX 530927
ATLANTA GA 30353-0927

```
WELLINGTON SECURITY
4 EAST DIAMOND LAKE RD
MINNEAPOLIS MN 55419-1923


WELLINGTON SECURITY
4 E DIAMOND LAKE RD
MINNEAPOLIS MN 55419


WELLS FARGO VISA
PO BOX 6412
CAROL STREAM IL 60197


WESTERN BANK
4400 W 78TH ST STE 100
BLOOMINGTON MN 55435


XCEL ENERGY - NSP
PO BOX 9477
MINNEAPOLIS MN 55484


YALE MECHANICAL
C/O TRANSWORLD SYSTEMS
507 PRUDENTIAL RD
HORSHAM PA 19044
```

**Fill in this information to identify your case:**

Debtor 1          **Robert Joseph Engelhart**

Debtor 2          **Susan Kay Engelhart**
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Minnesota

Case number
(if known)

---

**Check one box only as directed in this form and in Form 22A-1Supp:**

☐ 1. There is no presumption of abuse

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

---

## Official Form 22A - 1
## Chapter 7 Statement of Your Current Monthly Income                                   12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

| **Part 1:** | **Calculate Your Current Monthly Income** |
| --- | --- |

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $          0.00 | $          0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $          0.00 | $          0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $          0.00 | $          0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |
| | Gross receipts (before all deductions)          $     0.00 | | |
| | Ordinary and necessary operating expenses     -$     0.00 | | |
| | Net monthly income from a business, profession, or farm $  0.00  Copy here -> | $          0.00 | $          0.00 |
| 6. | **Net income from rental and other real property** | | |
| | Gross receipts (before all deductions)          $     0.00 | | |
| | Ordinary and necessary operating expenses     -$     0.00 | | |
| | Net monthly income from rental or other real property  $  0.00  Copy here -> | $          0.00 | $          0.00 |
| 7. | **Interest, dividends, and royalties** | $          0.00 | $          0.00 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Robert Joseph Engelhart**
Debtor 2   **Susan Kay Engelhart**                          Case number (*if known*) _____

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ _____ 0.00 | $ _____ 0.00 |
| | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| | For you                                           $ _____ 0.00 | | |
| | For your spouse                              $ _____ 0.00 | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ 0.00 | $ _____ 2,075.50 |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c. | | |
| | 10a. _____ | $ _____ 0.00 | $ _____ 0.00 |
| | 10b. __Misc._____ | $ _____ 0.00 | $ _____ 4,868.50 |
| | 10c. Total amounts from separate pages, if any. | + $ _____ 0.00 | $ _____ 0.00 |
| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ _____ 0.00 | + $ _____ 6,944.00 | = $ _____ 6,944.00<br>**Total current monthly income** |

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........................ Copy line 11 here==>   12a. $ _____ 6,944.00

Multiply by 12 (the number of months in a year)                                                    **x  12**

12b. The result is your annual income for this part of the form                                  12b. $ _____ 83,328.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                                [ **MN** ]

Fill in the number of people in your household.          [ **3** ]

Fill in the median family income for your state and size of household. .............................   13. $ _____ 81,044.00

**14. How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
           Go to Part 3.

14b.  ☑  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
           Go to Part 3 and fill out Form 22A-2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Robert Joseph Engelhart _____        **X** /s/ Susan Kay Engelhart _____
   **Robert Joseph Engelhart**                                        **Susan Kay Engelhart**
   Signature of Debtor 1                                                 Signature of Debtor 2

Date  **April  2, 2015** _____                          Date  **April  2, 2015** _____
   MM / DD  / YYYY                                                        MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

---

**Fill in this information to identify your case:**

Debtor 1    **Robert Joseph Engelhart**

Debtor 2    **Susan Kay Engelhart**
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Minnesota

Case number
(if known)

**Check one box only as directed in lines 40 or 42:**

According to the calculations required by this Statement:

■ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

# Official Form 22A - 2
# Chapter 7 Means Test Calculation

12/14

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly income* (Official Form 22A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Adjusted Income |
|---|---|

1. Copy your total current monthly income.          Copy line 11 from Official Form 22A-1 here=>    1.    $          **6,944.00**

2. **Did you fill out Column B in Part 1 of Form 22A-1?**
   ☐ No.    Fill in $0 on line 3d.
   ■ Yes.    Is your spouse Filing with you?
   ☐ No.        Go to line 3.
   ■ Yes.        Fill in $0 on line 3d.

3. **Adjust your current monthly income** by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents. Follow these steps:
   ■ No.    Fill in $0 on line 3d.
   ☐ Yes.    Fill in the information below:

   | State each purpose for which the income was used | Fill in the amount you |
   |---|---|
   | For example, the income is used to pay your spouse's tax debt or to support other than you or your dependents. | are subtracting from your spouse's income |

   3a. _____    $ _____
   3b. _____    $ _____
   3c. _____    $ _____
   3d. **Total.** Add lines 3a, 3b, and 3c ............    $ _____ **0.00**

   Copy total here=>...3d.    - $ _____ **0.00**

4. **Adjust your current monthly income.** Subtract line 3d from line 1.    $    **6,944.00**

| Debtor 1 | **Robert Joseph Engelhart** | | |
|---|---|---|---|
| Debtor 2 | **Susan Kay Engelhart** | Case number (*if known*) | |

**Part 2:** **Calculate Your Deductions from Your Income**

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted fro your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from in income in lines 5 and 6 of form 22A-1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the from refers to *you,* it means both you and your spouse if Column B of Form 22A-1 is filled in.

5. **The number of people used in determining your deductions from income**

   Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

   **3**

**National Standards**     You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

   $ **1,249.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| | | | |
|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | $ **60** | |
| 7b. | Number of people who are under 65 | X **3** | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ **180.00** | **Copy line 7c here=>** $ **180.00** |

**People who are 65 years of age or older**

| | | | |
|---|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | $ **144** | |
| 7e. | Number of people who are 65 or older | X **0** | |
| 7f. | **Subtotal.** Multiply line 7d by line 7e. | $ **0.00** | **Copy line 7f here=>** $ **0.00** |
| 7g. | **Total.** Add line 7c and line 7f | $ **180.00** | **Copy total here=>** 7g. $ **180.00** |

| | |
|---|---|
| Debtor 1 | **Robert Joseph Engelhart** |
| Debtor 2 | **Susan Kay Engelhart** |

Case number (*if known*) _____

| **Local Standards** | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:

Housing and utilities - Insurance and operating expenses
Housing and utilities - Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.  $ **537.00**

9. **Housing and utilities - Mortgage or rent expenses:**

   9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.  9a. $ **1,595.00**

   9b. Total average monthly payment for all mortgages and other debts secured by your home.

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **FIRST MINNESOTA BANK** | $ **2,306.00** |

   9b. Total average monthly payment  $ **2,306.00**   Copy line 9b here=> -$ **2,306.00**

   9c. Net mortgage or rent expense.

   Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0.  9c. $ **0.00**   Copy line 9c here=> $ **0.00**

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**  $ **0.00**

    Explain why: _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

    ☐ 0. Go to line 14.

    ☐ 1. Go to line 12.

    ■ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.  $ **434.00**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Robert Joseph Engelhart** |
|----------|------------------------------|
| Debtor 2 | **Susan Kay Engelhart** |

Case number (*if known*) _____

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments

**Vehicle 1** | **Describe Vehicle 1:** **2003 Toyota Tacoma**

13a. Ownership or leasing costs using IRS Local Standard        13a.    $    **517.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|-------------------------------------|--------------------------|
| **AFFINITY PLUS CREDIT UNION** | $    **211.35** |

Copy 13b here => -$    **211.35**

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0.        13c.    $    **305.65**

Copy net Vehicle 1 expense here => $    **305.65**

**Vehicle 2** | **Describe Vehicle 2:** _____

13d. Ownership or leasing costs using IRS Local Standard        13d.    $    **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|-------------------------------------|--------------------------|
| **-NONE-** | $ |

Copy 13e here => -$    **0.00**

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0.        13f.    $    **0.00**

Copy net Vehicle 2 expense here => $    **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.        $    **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.        $    **0.00**

| Debtor 1 | **Robert Joseph Engelhart** | |
|---|---|---|
| Debtor 2 | **Susan Kay Engelhart** | Case number (*if known*) |

---

**Other Necessary Expenses**     In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes.     $ **1,000.00**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.     $ **0.00**

18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.     $ **0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.     $ **450.00**

20. **Education:** The total monthly amount that you pay for education that is either required:
as a condition for your job, or
for your physically or mentally challenged dependent child if no public education is available for similar services.     $ **0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.

Do not include payments for any elementary or secondary school education.     $ **0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.

Payments for health insurance or health savings accounts should be listed only in line 25.     $ **0.00**

23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22A-1, or any amount you previously deducted.     +$ **0.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.     $ **4,155.65**

---

| Debtor 1 | **Robert Joseph Engelhart** | | |
|---|---|---|---|
| Debtor 2 | **Susan Kay Engelhart** | | Case number (if known) |

---

**Additional Expense Deductions**   These are additional deductions allowed by the Means Test.

*Note*: Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ | **75.00** |
| Disability insurance | $ | **0.00** |
| Health savings account | + $ | **0.00** |

Total     $ **75.00**   Copy total here=> ............................ $ **75.00**

Do you actually spend this total amount?

☐ No. How much do you actually spend?     $ _____

■ Yes

26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.     $ **0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.

By law, the court must keep the nature of these expenses confidential.     $ **0.00**

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.     $ **0.00**

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.     $ **0.00**

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.     $ **0.00**

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2)..     $ **0.00**

32. **Add all of the additional expense deductions**
Add lines 25 through 31.     $ **75.00**

| Debtor 1 | **Robert Joseph Engelhart** | | |
|----------|------------------------------|--|--|
| Debtor 2 | **Susan Kay Engelhart** | Case number (*if known*) | |

## Deductions for Debt Payment

**33.** **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

|  |  |  | Average monthly payment |
|--|--|--|--|
| | **Mortgages on your home:** | | |
| 33a. | Copy line 9b here | => | $ 2,306.00 |
| | **Loans on your first two vehicles** | | |
| 33b. | Copy line 13b here | => | $ 211.35 |
| 33c. | Copy line 13e here | => | $ 0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d. **-NONE-** | | ☐ No<br>☐ Yes | $ |
| 33e. | | ☐ No<br>☐ Yes | $ |
| 33f. | | ☐ No<br>☐ Yes | +$ |

| 33g. | Total average monthly payment. Add lines 33a through 33f | $ 2,517.35 | Copy total here=> | $ 2,517.35 |
|------|----------------------------------------------------------|------------|-------------------|-----------|

**34.** **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

■ No.  Go to line 35.
☐ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| **-NONE-** | | $ | ÷ 60 = | $ |
| | Total | $ 0.00 | Copy total here=> | $ 0.00 |

**35.** **Do you owe any priority claims such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.  Go to line 36.
■ Yes.  Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

| Total amount of all past-due priority claims | $ 997.00 | ÷ 60 = | $ 16.62 |
|---|---|---|---|

| Debtor 1 | **Robert Joseph Engelhart** | | |
| Debtor 2 | **Susan Kay Engelhart** | | Case number (*if known*) |

---

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
    For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

    ■ **No.** Go to line 37.
    ☐ **Yes.** Fill in the following information.

    Projected monthly plan payment if you were filing under Chapter 13    $ _____

    Current multiplier for your district as stated on the list issued by the
    Administrative Office of the United States Courts (for districts in Alabama
    and North Carolina) or by the Executive Office for United States Trustees
    (for all other districts).    X _____

    Average monthly administrative expense if you were filing under Chapter 13    $ _____    Copy total here=> $ _____

37. **Add all of the deductions for debt payment.**    $    **2,533.97**
    Add lines 33g through 36.

---

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

    Copy line 24, *All of the expenses allowed under IRS expense allowances*    $    **4,155.65**

    Copy line 32, *All of the additional expense deductions*    $    **75.00**

    Copy line 37, *All of the deductions for debt payment*    +$    **2,533.97**

    Total deductions    $    **6,764.62**    Copy total here=>    $    **6,764.62**

---

**Part 3:**    Determine Whether There is a Presumption of Abuse

39. **Calculate monthly disposable income for 60 months**

    39a. Copy line 4, *adjusted current monthly income*    $    **6,944.00**

    39b. Copy line 38, *Total deductions*    - $    **6,764.62**

    39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).    $    **179.38**    Copy line 39c here=>$    **179.38**
    Subtract line 39b from line 39a

    For the next 60 months (5 years)    x 60

    39d. **Total.** Multiply line 39c by 60    39d. $    **10,762.80**    Copy line 39d here=>  $    **10,762.80**

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

    ☐ **The line 39d is less than $7,475\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

    ☐ **The line 39d is more than $12,475\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Go to Part 5.

    ■ **The line 39d is at least $7,475\*, but not more than $12,475\*.** Go to line 41.

    \*Subject to adjustment on 4/01/16, and every 3 years after that for cases filed on or after the date of adjustment.

---

| | |
|---|---|
| Debtor 1 | **Robert Joseph Engelhart** |
| Debtor 2 | **Susan Kay Engelhart** |

Case number (*if known*) _____

---

| 41. | 41a. | **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official form 6), you may refer to line 5 on that form. | 41a. $ **1,111,847.00** |
|---|---|---|---|

x **.25**

| | 41b. | **25% or your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(1) | $ **277,961.75** | Copy here=> | $ **277,961.75** |
|---|---|---|---|---|---|

Multiply line 41a by 0.25.

**42. Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**
Check the box that applies:

■ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

---

| **Part 4:** | **Give Details About Special Circumstances** |
|---|---|

**43. Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

■ **No.** Go to Part 5.

☐ **Yes.** Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| **Give a detailed explanation of the special circumstances** | **Average monthly expense or income adjustment** |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

---

| **Part 5:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Robert Joseph Engelhart** _____  X **/s/ Susan Kay Engelhart** _____
  **Robert Joseph Engelhart**                          **Susan Kay Engelhart**
  Signature of Debtor 1                                Signature of Debtor 2

Date **April 2, 2015** _____          Date **April 2, 2015** _____
     MM / DD / YYYY                                MM / DD / YYYY