B6C (Official Form 6C) (4/13)

**\*\*\*\* AMENDED \*\*\*\***

In re  Robert Joseph Engelhart,  
  Susan Kay Engelhart

Case No. 15-41202-KHS

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Homestead: Lot 8, Block 8, Edgewater on Nokomis Second Addition, Hennepin County, Minnesota. | Minn. Stat. §§ 510.01, 510.02 | 149,199.00 | 325,000.00 |
| Property Address: 5528 12th Avenue South, Minneapolis, MN 55417 | | | |
| Property tax value payable in 2015 = $294,500 | | | |
| **Cash on Hand** | | | |
| Cash on hand (wife's pension) | Minn. Stat. § 550.37 subd. 24 | 80.00 | 80.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo Bank checking and savings account (wife's pension) | Minn. Stat. § 550.37 subd. 24 | 2,000.00 | 2,000.00 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | Minn. Stat. § 550.37 subd. 4(b) | 6,200.00 | 6,200.00 |
| Cell phone $400, iPad $150, and 2 Laptops $600 (used in business) | Minn. Stat. § 550.37 subd. 6 | 1,150.00 | 1,150.00 |
| Lawnmower and snowblower | Minn. Stat. § 550.37 subd. 4(b) | 250.00 | 250.00 |
| Household tools | Minn. Stat. § 550.37 subd. 4(b) | 300.00 | 300.00 |
| **Wearing Apparel** | | | |
| Clothing | Minn. Stat. § 550.37 subd. 4(a) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| Wife's wedding ring $2,000 and husband's wedding ring $200 | Minn. Stat. § 550.37 subd. 4(c) | 2,200.00 | 2,200.00 |
| Other jewelry $125 and 2 watches $5 | Minn. Stat. § 550.37 subd. 4(a) | 5.00 | 130.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Saab 93 | Minn. Stat. § 550.37 subd. 12a | 3,000.00 | 3,000.00 |
| ~~Boats, Motors and Accessories~~ | | | |
| ~~1983 Ford Motor Home~~ | ~~Minn. Stat. § 550.37 subd. 12a~~ | ~~600.00~~ | ~~600.00~~ |
| 2003 Toyota Tacoma | Minn. Stat. § 550.37 5.12a | 4,600.00 | 9,000.00 |

Total: ~~165,484.00~~ 169,484.00 | ~~341,410.00~~ 349,810.00

_0_ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

(11/14)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re Robert Joseph Engelhart, and,
Susan Kay Engelhart,

Debtor(s).

SIGNATURE DECLARATION
(For use in electronically filed cases only)

Case No. 15-41202

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
___ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
_X_ (Please describe: AMENDMENT OF SCHEDULE C                    )

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 6-17-15

X _____          X _Susan Engelhart_
Signature of Debtor or Authorized Representative    Signature of Joint Debtor

_ROBERT ENGELHART_                 _SUSAN ENGELHART_
Printed Name of Debtor or          Printed Name of Joint Debtor
Authorized Representative

In re:

**Robert Joseph Engelhart, and,
Susan Kay Engelhart,**

Debtor(s):

U.S. Bankruptcy Court
District of Minnesota

UNSWORN DECLARATION
FOR PROOF OF SERVICE

Bky. No. **15-41202-KHS**

    I, Nicole H. Nelson, employed by Craig W. Andresen, attorney licensed to practice law in this court, with office address of 2001 Killebrew Dr., Suite 150, Bloomington, Minnesota 55425, declare that on June 17, 2015, the attached **AMENDED SCHEDULE C** shall be served upon the parties listed below by electronic service, upon the electronic filing of this document, pursuant to Local Rule 9006-1(a). The debtor was served by U.S. Mail at the address listed below.

-----

SERVED ELECTRONICALLY:


SERVED BY U.S. MAIL
Robert and Susan Engelhart
5528 – 12th Avenue South
Minneapolis, MN 55417

See attached list.

    I declare, under penalty of perjury, that the foregoing is true and correct.
Executed: June 17, 2015.    Signed:  /e/  Nicole H. Nelson

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 15-41202<br>District of Minnesota<br>Minneapolis<br>Wed Jun 17 16:54:01 CDT 2015 | DEWITT MACKALL CROUNSE & MOORE SC<br>1400 AT&T TOWER<br>901 MARQUETTE AVENUE<br>MINNEAPOLIS, MN 55402-3205 | Minnesota Department of Revenue<br>Bankruptcy Section<br>PO BOX 64447<br>St Paul, MN 55164-0447 |
| State of MN Dept of Manpower Services<br>1st National Bank Bldg Ste E200<br>332 Minnesota St<br>St Paul, MN 55101-1351 | US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | United States Attorney<br>600 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 |
| Minneapolis<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | 1. LAURA M. HOSS<br>1558 MCCARTHY RD<br>EAGAN MN 55121-1906 | A-1 TELETRONICS<br>1010 118TH AVE NORTH<br>SAINT PETERSBURG FL 33716-2332 |
| AFFINITY PLUS CREDIT UNION<br>175 WEST LAFAYATTE ROAD<br>SAINT PAUL MN 55107-3392 | ALLINA HEALTH<br>PO BOX 77008<br>MINNEAPOLIS MN 55480-7708 | AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES CA 90096-0001 |
| AMERICAN EXPRESS<br>PO BOX 918537<br>EL PASO TX 79998 | AMERICAN PAPER<br>3110 NEIL ARMSTRON BLVD<br>SAINT PAUL MN 55121-2419 | ANASTASI JELLUM<br>14985 60TH STREET NORTH<br>STILLWATER MN 55082-6696 |
| ARCAS TECHNOLOGY<br>12560 FLETCHER LANE STE 150<br>ROGERS MN 55374-4930 | ARROW ELECTRONICS<br>2299 TERRITORIAL ROAD<br>SAINT PAUL MN 55114-1613 | ARTISAN POWER LLC<br>577 MAIN STREET STE 430<br>HUDSON MA 01749-3054 |
| American InfoSource LP as agent for<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | BECKYSUE, LLC<br>MENDOTA HEIGHTS MN | BLACK BOX RESALE SERVICES<br>9155 COTTOWOOD LANE N<br>MAPLE GROVE MN 55369-3915 |
| BLUECROSS BLUESHEILD<br>3535 BLUE CROSS RD<br>ROUTE M103<br>EAGAN MN 55122-1154 | BOYER TRUCKS<br>C/O UNITED TRANZACTIONS<br>3200 EXECUTIVE WAY<br>HOLLYWOOD FL 33025-3930 | CAZARIN INTERACTIVE<br>7064 EAST FISH LAKE ROAD<br>MAPLE GROVE MN 55311-2832 |
| CENTERPOINT ENERGY<br>PO BOX 4567<br>HOUSTON TX 77210-4567 | CENTURY LINK<br>PO BOX 91154<br>SEATTLE WA 98111-9254 | CHILDRENS HOSPITAL<br>2525 CHICAGO AVE<br>MINNEAPOLIS MN 55404-4597 |
| CHILDRENS HOSPITAL<br>PO BOX 860061<br>MINNEAPOLIS MN 55486-0061 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITY OF BURNSVILLE<br>PO BOX 77025<br>MINNEAPOLIS MN 55480-7725 |

CITY OF MINNEAPOLIS
HENNEPIN COUNTY GOVT CENTER
300 S 6TH ST
MINNEAPOLIS MN 55487-0014

CNA INSURANCE
PO BOX 79004
SAINT LOUIS MO 63179

COLORADO DOT
GO PASS NORTHWEST PARKWAY LLC
3701 NORTHWEST PARKWAY
BROOMFIELD CO 80023-9479

COMCAST
PO BOX 3002
SOUTHEASTERN PA 19398-3002

COMCAST
PO BOX 34744
SEATTLE WA 98124-1744

COMPLETE RECOVERY SERVICES
PO BOX 30184
TAMPA FL 33630-3184

CORDIAN TECHNOLOGIES, INC
1725 LAKE DRIVE WEST
CHANHASSEN MN 55317-8580

(c)CP TECH
8628 EAGLE CREEK PKWY
SAVAGE MN 55378-1284

CREATIVE PACKAGING DISPLAY LLC
8600 WYOMING AVE NORTH
BROOKLYN PARK MN 55445-1827

CREDITOR ADVOCATES
1551 SOUTHCROSS DRIVE W
SUITE C
BURNSVILLE MN 55306-6938

CT CORPORATION SYSTEMS
C/O ALAN BUDMAN
PO BOX 654
ABINGTON PA 19001-0654

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Centura Health Systems
Denver CO

D & S COMMUNICATIONS INC
1355 MCLEAN BLVD
ELGIN IL 60123-1245

DAKOTA COUNTY PROPERTY
1590 HIGHWAY 55
HASTINGS MN 55033-2343

DAVID R KNODELL
20305 COUNTY ROAD 50
CORCORAN MN 55340-9423

DIRECT ACCESS SYSTEMS
1309 S MYRTLE AVE
MONROVIA CA 91016-4150

DIVERSIFIED ADJUSTMENT
PO BOX 32145
FRIDLEY MN 55432-0145

DYNAMIC VOICE AND DATA
4403 GREENBRIAR DR
STAFFORD TX 77477-3801

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO IL 60673-1262

EFH CO
2999 W COUNTY ROAD 42
BURNSVILLE MN 55306-5908

FEATURECOM
31 PENNSYLVANIA AVE
BUILDING C
CONCORD ON L4K CANADA

FEDERAL EXPRESS CORPORATION
C/O SYNTER RESOURCE GROUP
PO BOX 63247
NORTH CHARLESTON SC 29419-3247

FIRST DATA GLOBAL LEASING
HUNTER WARFILED
4620 WOODLAND CORPORATE BLVD
TAMPA FL 33614-2415

FIRST DATA GLOBAL LEASING
PO BOX 173845
DENVER CO 80217-3845

FIRST MINNESOTA BANK
11431 JEFFERSON COURT N
CHAMPLIN MN 55316-2748

FP MAILING SOLUTIONS
PO BOX 4510
CAROL STREAM IL 60197-4510

GATEWAY BANK VISA
CARDMEMBER SERVICE
PO BOX 6353
FARGO ND 58125-6353

GERRYS FIRE & SAFETY
PO BOX 75
303 21ST ST
NEWPORT MN 55055-1094

GRAYBAR
12437 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2437

| | | |
|---|---|---|
| GURSTEL CHARGO<br>6681 COUNTY CLUB DR<br>GOLDEN VALLEY MN 55427-4601 | HARRIS COMMUNICATIONS<br>15155 TECHNOLOGY DRIVE<br>EDEN PRAIRIE MN 55344-2273 | HEALTH PARTNERS CLINICS<br>PO BOX 77026<br>MINNEAPOLIS MN 55480-7726 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JENNE DISTRIBUTORS<br>33665 CHESTER RD<br>AVON OH 44011-1307 | KEITH AND CYNDIA SCHWEIGER<br>2291 OCALA LANE<br>MENDTOA HEIGHTS MN 55120-1646 |
| KOHLS<br>PO BOX 2983<br>MILWAUKEE WI 53201-2983 | LEONARD O BRIEN<br>100 SOUTH FIFTH STREET<br>STE 2500<br>MINNEAPOLIS MN 55402-1234 | LOMMEN ABDO COLE KING<br>1000 INTERNATIONAL CENTER<br>920 SECOND AVE S<br>MINNEAPOLIS MN 55402-3318 |
| MED-PAT<br>31 RIORDAN PLACE<br>SHREWSBURY NJ 07702-4305 | MICHAEL BADER<br>1500 US BANK CENTER<br>101 EAST FIFTH STREET<br>SAINT PAUL MN 55101-1860 | MR SPARKY<br>1424 3RD ST N<br>MINNEAPOLIS MN 55411-2730 |
| NACR INC<br>NW 5806<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5806 | NATD<br>131 NW 1ST AVENUE<br>DELRAY BEACH FL 33444-2611 | NELNET<br>DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA GA 30374-0283 |
| NEW FRENCH BAKERY<br>828 KASOTA AVE SE<br>MINNEAPOLIS MN 55414-2814 | PARAGON COMMUNICATIONS<br>41 MAIN STREET<br>BOLTON MA 01740-1107 | PB EXCHAGE, INC.<br>BURNSVILLE MN |
| PB EXCHANGE, INC<br>BURNSVILLE MN | PB INDUSTRIES, INC.<br>BURNSVILLE MN | POPP COMMUNICATIONS<br>620 MENDELSSOHN AVE N<br>GOLDEN VALLEY MN 55427-4362 |
| REFURB SUPPLIES<br>225 FIRST FLIGHT DRIVE<br>AUBURN ME 04210-9099 | REPPE LAW<br>107 6TH STREET WEST<br>NORTHFIELD MN 55057-2416 | ROASTERY SEVEN<br>6840 SHINGLE CREEK PKWY STE 7<br>BROOKLYN CENTER MN 55430-1459 |
| ROBERT ENGELHART<br>8796 WALTON OAKS DRIVE<br>BLOOMINGTON MN 55438-1354 | SCANSOURCE COMMUNICATIONS<br>24263 NETWORK PLACE<br>CHICAGO IL 60673-1242 | SHERWIN WILLIAMS<br>C/O DEHAAN & BACH<br>25 WHITNEY DR STE 106<br>MILFORD OH 45150-8400 |
| SOUTHWEST JOURNAL<br>MN PREMIER PUBLICATION<br>1115 HENNEPIN AVE<br>MINNEAPOLIS MN 55403-1705 | ST PAUL RADIOLOGY<br>PO BOX 812<br>INDIANAPOLIS IN 46206-0812 | ST THOMAS HIGH SCHOOL<br>949 MENDOTA HEIGHTS ROAD<br>SAINT PAUL MN 55120-1426 |

| | | |
|---|---|---|
| STATES RESOURCES<br>2211 SOUTH 156TH CIRCLE<br>OMAHA NE 68130-2502 | SUNTIDE COMMERICAL REALTY<br>3100 50TH ST DEVELOPERS<br>2550 UNIVERSTIY AVE W STE 416<br>SAINT PAUL MN 55114-1052 | TDS METROCOMM-MN<br>PO BOX 94510<br>PALATINE IL 60094-4510 |
| THE RICK KERR COMPANY<br>PO BOX 541085<br>CINCINNATI OH 45254-1085 | THE URGENCY ROOM<br>7030 VALLEY CREEK PLAZA<br>WOODBURY MN 55125-2267 | TK MARINE<br>4471 SCOTT TRAIL<br>EAGAN MN 55122-2350 |
| TROJES TRASH<br>6010 CONCORD BLVD<br>INVER GROVE HEIGHTS MN 55076-1806 | U.S. Department of Education C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | ULINE<br>12575 UNLINE DRIVE<br>PLEASANT PRAIRIE WI 53158-3686 |
| UPS SUPPLY CHAIN SOLUTIONS<br>C/O RECEIVABLE MANAGMENT SOL<br>PO BOX 523<br>RICHFIELD OH 44286-0523 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | USAA<br>10750 MCDERMOTT FREEWAY<br>SAN ANTONIO TX 78288-1600 |
| WALMART<br>PO BOX 530927<br>ATLANTA GA 30353-0927 | WELLINGTON SECURITY<br>4 E DIAMOND LAKE RD<br>MINNEAPOLIS MN 55419-1923 | WELLINGTON SECURITY<br>4 EAST DIAMOND LAKE RD<br>MINNEAPOLIS MN 55419-1923 |
| WELLS FARGO VISA<br>PO BOX 6412<br>CAROL STREAM IL 60197-6412 | WESTERN BANK<br>4400 W 78TH ST STE 100<br>BLOOMINGTON MN 55435-5457 | XCEL ENERGY - NSP<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 |
| YALE MECHANICAL<br>C/O TRANSWORLD SYSTEMS<br>507 PRUDENTIAL RD<br>HORSEAM PA 19044-2308 | Craig W. Andresen<br>Craig W. Andresen Law Office<br>2001 Killebrew Dr. Ste 150<br>Bloomington, MN 55425-3851 | Robert Joseph Engelhart<br>5528 - 12th Avenue South<br>Minneapolis, MN 55417-2519 |
| Susan Kay Engelhart<br>5528 - 12th Avenue South<br>Minneapolis, MN 55417-2519 | Timothy D Moratzka<br>901 Marquette Ave<br>Ste 1400<br>Minneapolis, MN 55402-3264 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CITICARDS<br>PO BOX 183071<br>COLUMBUS OH 43218-3071 | INTERNAL REVENUE SERVICE<br>CINCINNATI OH 45999-0149 | (d)INTERNAL REVENUE SERVICE<br>PO BOX 145566<br>CINCINNATI OH 45250 |

```
(d)INTERNAL REVENUE SERVICE          US BANK                              (d)US BANK VISA
STOP 5700                            PO BOX 790408                        PO BOX 790408
30 EAST 7TH STREET SUITE 1222        SAINT LOUIS MO 63179-0408            SAINT LOUIS MO 63179
ST PAUL MN 55101-4940
```

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
CP TECH
8628 EAGLE CREEK CIRCLE
SAVAGE MN 55378
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PB EXCHANGE, INC.                 (d)PB EXCHANGE, LLC                  (d)PB INDUSTRIES, LLC
BURNSVILLE MN                        BURNSVILLE MN                        BURNSVILLE MN


(d)US Trustee                        End of Label Matrix
1015 US Courthouse                   Mailable recipients   112
300 S 4th St                         Bypassed recipients     4
Minneapolis, MN 55415-3070           Total                 116
```