MN - 204
(Rev'd 10/00)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Robert Joseph Engelhart ) | Case No. 15-41202-KHS |
| Susan Kay Engelhart ) | |
| ) | |
| Debtor ) | |

**NOTICE OF ABANDONMENT**

To: The United States Trustee, all creditors and other parties in interest.

On April 11, 2016, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will abandon property of the estate as follows:

Non-Exempt Property:

- Jewelry and watches: $130.00
  Costs of collection and/or sale would exceed its value
- Recreational Equipment $625.00
  Costs of collection and/or sale would exceed its value
- Camera $75.00
  Costs of collection and/or sale would exceed its value
- 1977 Slickcraft Cuddy Boat & Motor $3000.00
  The boat has been in storage since 2013.
  Repair bills and storage costs exceed $5000.00
  Costs of collection and/or sale would exceed its value
- 1983 Ford Motor Home $600.00
  The camper has been permanently parked at
  3716 Martin Ln NW, Akeley, MN56433
  since 2010 and has not ran or been licensed since that time.
  Costs of collection and/or sale would exceed its value

**OBJECTION: MOTION: HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Trustee |
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 S. Fourth St. | 300 S. Fourth St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  March 21, 2016              /e/Timothy D. Moratzka
                                    TIMOTHY D. MORATZKA
                                    1400 AT&T TOWER
                                    901 MARQUETTE AVENUE
                                    MINNEAPOLIS, MN  55402-2859
                                    (612) 305-1400

7133830.1-TDM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Robert J. Engelhart<br>Susan Kay Engelhart | CASE NO: 15-41202<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter:<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 3/21/2016, I did cause a copy of the following documents, described below,

Notice of Abandonment-Non Exempt Assets,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/21/2016

/s/ Timothy D. Morazka
Timothy D. Morazka  0075036
DeWitt Mackall Crounse & Moore
901 Marquette Avenue 1400 AT&T Tower
Minneapolis, MN  55402
612 305 1502
ldj@dewittmcm.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Robert J. Engelhart<br>Susan Kay Engelhart | CASE NO: 15-41202<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter:<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 3/21/2016, a copy of the following documents, described below,

Notice of Abandonment-Non Exempt Assets,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/21/2016

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
DeWitt Mackall Crounse & Moore
Timothy D. Morazka
901 Marquette Avenue 1400 AT&T Tower
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0864-4<br>CASE 15-41202<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>THU OCT 29 12-01-30 CDT 2015 | A-1 TELETRONICS<br>1010 118TH AVE NORTH<br>SAINT PETERSBURG FL 33716-2332 | AFFINITY PLUS CREDIT UNION<br>175 WEST LAFAYATTE ROAD<br>SAINT PAUL MN 55107-3392 |
| ALLINA HEALTH<br>PO BOX 77008<br>MINNEAPOLIS MN 55480-7708 | AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES CA 90096-0001 | AMERICAN EXPRESS<br>PO BOX 918537<br>EL PASO TX 79998 |
| AMERICAN PAPER<br>3110 NEIL ARMSTRON BLVD<br>SAINT PAUL MN 55121-2419 | ANASTASI JELLUM<br>14985 60TH STREET NORTH<br>STILLWATER MN 55082-6696 | ARCAS TECHNOLOGY<br>12560 FLETCHER LANE STE 150<br>ROGERS MN 55374-4930 |
| ARROW ELECTRONICS<br>2299 TERRITORIAL ROAD<br>SAINT PAUL MN 55114-1613 | ARTISAN POWER LLC<br>577 MAIN STREET STE 430<br>HUDSON MA 01749-3054 | AFFINITY PLUS<br>ATTN- TEI PAASONEN<br>175 W LAFAYETTE FRONTAGE RD<br>ST PAUL MN 55107-3392 |
| AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIRST DATA GLOBAL LEASING<br>PO BOX 248838<br>OKLAHOMA CITY OK 73124-8838 | BLACK BOX RESALE SERVICES<br>9155 COTTOWOOD LANE N<br>MAPLE GROVE MN 55369-3915 |
| BLUECROSS BLUESHEILD<br>3535 BLUE CROSS RD<br>ROUTE M103<br>EAGAN MN 55122-1154 | BOYER TRUCKS<br>CO UNITED TRANZACTIONS<br>3200 EXECUTIVE WAY<br>HOLLYWOOD FL 33025-3930 | CAZARIN INTERACTIVE<br>7064 EAST FISH LAKE ROAD<br>MAPLE GROVE MN 55311-2832 |
| CENTERPOINT ENERGY<br>PO BOX 4567<br>HOUSTON TX 77210-4567 | CENTURY LINK<br>PO BOX 91154<br>SEATTLE WA 98111-9254 | CHILDRENS HOSPITAL<br>2525 CHICAGO AVE<br>MINNEAPOLIS MN 55404-4597 |
| CHILDRENS HOSPITAL<br>PO BOX 860061<br>MINNEAPOLIS MN 55486-0061 | CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITY OF BURNSVILLE<br>PO BOX 77025<br>MINNEAPOLIS MN 55480-7725 |
| CITY OF MINNEAPOLIS<br>HENNEPIN COUNTY GOVT CENTER<br>300 S 6TH ST<br>MINNEAPOLIS MN 55487-0014 | CNA INSURANCE<br>PO BOX 79004<br>SAINT LOUIS MO 63179 | COLORADO DOT<br>GO PASS NORTHWEST PARKWAY LLC<br>3701 NORTHWEST PARKWAY<br>BROOMFIELD CO 80023-9479 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 15-41202   Doc 36   Filed 03/21/16   Entered 03/21/16 16:11:15   Desc Main
Document   Page 5 of 7

COMCAST
PO BOX 3002
SOUTHEASTERN PA 19398-3002

COMCAST
PO BOX 34744
SEATTLE WA 98124-1744

COMPLETE RECOVERY SERVICES
PO BOX 30184
TAMPA FL 33630-3184

CORDIAN TECHNOLOGIES INC
1725 LAKE DRIVE WEST
CHANHASSEN MN 55317-8580

(C)CP TECH
8628 EAGLE CREEK PKWY
SAVAGE MN 55378-1284

CREATIVE PACKAGING DISPLAY LLC
8600 WYOMING AVE NORTH
BROOKLYN PARK MN 55445-1827

CREDITOR ADVOCATES
1551 SOUTHCROSS DRIVE W
SUITE C
BURNSVILLE MN 55306-6938

CT CORPORATION SYSTEMS
CO ALAN BUDMAN
PO BOX 654
ABINGTON PA 19001-0654

CAPITAL ONE NA
CO BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

*EXCLUDE*
~~CENTURA HEALTH SYSTEMS~~
~~DENVER CO~~

D & S COMMUNICATIONS INC
1355 MCLEAN BLVD
ELGIN IL 60123-1245

DAKOTA COUNTY PROPERTY
1590 HIGHWAY 55
HASTINGS MN 55033-2343

DAVID R KNODELL
20305 COUNTY ROAD 50
CORCORAN MN 55340-9423

DIRECT ACCESS SYSTEMS
1309 S MYRTLE AVE
MONROVIA CA 91016-4150

DIVERSIFIED ADJUSTMENT
PO BOX 32145
FRIDLEY MN 55432-0145

DYNAMIC VOICE AND DATA
4403 GREENBRIAR DR
STAFFORD TX 77477-3801

ECOLAB PEST ELIMINATION
26252 NETWORK PLACE
CHICAGO IL 60673-1262

EFH CO
2999 W COUNTY ROAD 42
BURNSVILLE MN 55306-5908

*CANADA*
FEATURECOM
31 PENNSYLVANIA AVE
BUILDING C
CONCORD ON L4K CANADA

FEDERAL EXPRESS CORPORATION
CO SYNTER RESOURCE GROUP
PO BOX 63247
NORTH CHARLESTON SC 29419-3247

FIRST DATA GLOBAL LEASING
HUNTER WARFILED
4620 WOODLAND CORPORATE BLVD
TAMPA FL 33614-2415

FIRST DATA GLOBAL LEASING
PO BOX 173845
DENVER CO 80217-3845

FIRST MINNESOTA BANK
11431 JEFFERSON COURT N
CHAMPLIN MN 55316-2748

FP MAILING SOLUTIONS
PO BOX 4510
CAROL STREAM IL 60197-4510

GATEWAY BANK VISA
CARDMEMBER SERVICE
PO BOX 6353
FARGO ND 58125-6353

GERRYS FIRE & SAFETY
PO BOX 75
303 21ST ST
NEWPORT MN 55055-1094

GRAYBAR
12437 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-2437

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GURSTEL CHARGO
6681 COUNTY CLUB DR
GOLDEN VALLEY MN 55427-4601

HARRIS COMMUNICATIONS
15155 TECHNOLOGY DRIVE
EDEN PRAIRIE MN 55344-2273

HEALTH PARTNERS CLINICS
PO BOX 77026
MINNEAPOLIS MN 55480-7726

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JENNE DISTRIBUTORS
33665 CHESTER RD
AVON OH 44011-1307

KEITH & CYNDIA SCHWEIGER
MICHAEL BADER ESQ
1500 US BANK CENTER
101 E 5TH ST
ST PAUL MN 55101-1860

KEITH AND CYNDIA SCHWEIGER
2291 OCALA LANE
MENDTOA HEIGHTS MN 55120-1646

KOHLS
PO BOX 2983
MILWAUKEE WI 53201-2983

LAURA M. HOSS
1558 MCCARTHY RD
EAGAN MN 55121-1906

LEONARD O BRIEN
100 SOUTH FIFTH STREET
STE 2500
MINNEAPOLIS MN 55402-1234

LOMMEN ABDO COLE KING
1000 INTERNATIONAL CENTER
920 SECOND AVE S
MINNEAPOLIS MN 55402-3318

MED-PAT
31 RIORDAN PLACE
SHREWSBURY NJ 07702-4305

MICHAEL BADER
1500 US BANK CENTER
101 EAST FIFTH STREET
SAINT PAUL MN 55101-1860

MR SPARKY
1424 3RD ST N
MINNEAPOLIS MN 55411-2730

NACR INC
NW 5806
PO BOX 1450
MINNEAPOLIS MN 55485-5806

NATD
131 NW 1ST AVENUE
DELRAY BEACH FL 33444-2611

NELNET
DEPARTMENT OF EDUCATION
PO BOX 740283
ATLANTA GA 30374-0283

NEW FRENCH BAKERY
828 KASOTA AVE SE
MINNEAPOLIS MN 55414-2814

PARAGON COMMUNICATIONS
41 MAIN STREET
BOLTON MA 01740-1107

POPP COMMUNICATIONS
620 MENDELSSOHN AVE N
GOLDEN VALLEY MN 55427-4362

REFURB SUPPLIES
225 FIRST FLIGHT DRIVE
AUBURN ME 04210-9099

REPPE LAW
107 6TH STREET WEST
NORTHFIELD MN 55057-2416

ROASTERY SEVEN
6840 SHINGLE CREEK PKWY STE 7
BROOKLYN CENTER MN 55430-1459

ROBERT ENGELHART
8796 WALTON OAKS DRIVE
BLOOMINGTON MN 55438-1354

ROBERT H ENGELHART
8796 WALTON OAKS DRIVE
BLOOMINGTON MN 55438-1354

SCANSOURCE COMMUNICATIONS
24263 NETWORK PLACE
CHICAGO IL 60673-1242

SHERWIN WILLIAMS
CO DEHAAN & BACH
25 WHITNEY DR STE 106
MILFORD OH 45150-8400

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SOUTHWEST JOURNAL<br>MN PREMIER PUBLICATION<br>1115 HENNEPIN AVE<br>MINNEAPOLIS MN 55403-1705 | ST PAUL RADIOLOGY<br>PO BOX 812<br>INDIANAPOLIS IN 46206-0812 | ST THOMAS HIGH SCHOOL<br>949 MENDOTA HEIGHTS ROAD<br>SAINT PAUL MN 55120-1426 |
| STATES RESOURCES<br>2211 SOUTH 156TH CIRCLE<br>OMAHA NE 68130-2502 | SUNTIDE COMMERICAL REALTY<br>3100 50TH ST DEVELOPERS<br>2550 UNIVERSTIY AVE W STE 416<br>SAINT PAUL MN 55114-1052 | TDS METROCOMM-MN<br>PO BOX 94510<br>PALATINE IL 60094-4510 |
| THE RICK KERR COMPANY<br>PO BOX 541085<br>CINCINNATI OH 45254-1085 | THE URGENCY ROOM<br>7030 VALLEY CREEK PLAZA<br>WOODBURY MN 55125-2267 | TK MARINE<br>4471 SCOTT TRAIL<br>EAGAN MN 55122-2350 |
| TROJES TRASH<br>6010 CONCORD BLVD<br>INVER GROVE HEIGHTS MN 55076-1806 | U.S. DEPARTMENT OF EDUCATION CO<br>NELNET<br>3015 SOUTH PARKER ROAD SUITE 400<br>AURORA CO 80014-2904 | ULINE<br>12575 UNLINE DRIVE<br>PLEASANT PRAIRIE WI 53158-3686 |
| UPS SUPPLY CHAIN SOLUTIONS<br>CO RECEIVABLE MANAGMENT SOL<br>PO BOX 523<br>RICHFIELD OH 44286-0523 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | USAA<br>10750 MCDERMOTT FREEWAY<br>SAN ANTONIO TX 78288-1600 |
| WALMART<br>PO BOX 530927<br>ATLANTA GA 30353-0927 | WELLINGTON SECURITY<br>4 E DIAMOND LAKE RD<br>MINNEAPOLIS MN 55419-1923 | WELLINGTON SECURITY<br>4 EAST DIAMOND LAKE RD<br>MINNEAPOLIS MN 55419-1923 |
| WELLS FARGO VISA<br>PO BOX 6412<br>CAROL STREAM IL 60197-6412 | WESTERN BANK<br>4400 W 78TH ST STE 100<br>BLOOMINGTON MN 55435-5457 | WESTERN BANK NATIONAL ASSOCIATION<br>4400 W 78TH ST<br>SUITE 100<br>BLOOMINGTON MN 55435-5457 |
| XCEL ENERGY - NSP<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | YALE MECHANICAL<br>CO TRANSWORLD SYSTEMS<br>507 PRUDENTIAL RD<br>HORSHAM PA 19044-2308 | CRAIG W. ANDRESEN<br>CRAIG W. ANDRESEN LAW OFFICE<br>2001 KILLEBREW DR. STE 150<br>BLOOMINGTON MN 55425-3851 |
| ROBERT JOSEPH ENGELHART<br>5528 - 12TH AVENUE SOUTH<br>MINNEAPOLIS MN 55417-2519 | SUSAN KAY ENGELHART<br>5528 - 12TH AVENUE SOUTH<br>MINNEAPOLIS MN 55417-2519 | |