# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  MINNESOTA

In re:                                      §
                                            §
ENGELHART, ROBERT JOSEPH                    §        Case No. 15-41202
ENGELHART, SUSAN KAY                        §
                                            §
          Debtors                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TIMOTHY D. MORATZKA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 182,230.00               Assets Exempt: 169,484.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 7,988.08     Claims Discharged
                                               Without Payment: 1,147,618.22

Total Expenses of Administration: 62,168.01

3) Total gross receipts of $ 70,156.09  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 70,156.09  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 189,515.00 | $ 172,271.38 | $ 172,271.38 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 62,168.01 | 62,168.01 | 62,168.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 997.00 | 34,009.40 | 34,009.40 | 7,988.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,082,833.00 | 713,507.90 | 713,507.90 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,273,345.00 | $ 981,956.69 | $ 981,956.69 | $ 70,156.09 |

4)  This case was originally filed under chapter 7 on  04/08/2015 .  The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/12/2017                    By:/s/TIMOTHY D. MORATZKA
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Assingment re SH Homecare | 1121-000 | 9,456.09 |
| 2003 TOYOTA TACOMA | 1129-000 | 4,400.00 |
| Assingment re SH Homecare | 1129-000 | 17,000.00 |
| Claim against father | 1141-000 | 37,500.00 |
| Claim Against Beckey Rooney | 1141-000 | 1,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 70,156.09** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 AFFINITY PLUS CREDIT UNION 175 WEST LAFAYATTE ROAD SAINT PAUL, MN 55107 | | 9,900.00 | NA | NA | 0.00 |
| | Creditor #: 2 AFFINITY PLUS CREDIT UNION 175 WEST LAFAYATTE ROAD SAINT PAUL, MN 55107 | | 3,814.00 | NA | NA | 0.00 |
| | Creditor #: 3 FIRST MINNESOTA BANK 11431 JEFFERSON COURT N CHAMPLIN, MN 55316 | | 175,801.00 | NA | NA | 0.00 |
| 000011A | LAURA M. HOSS | 4110-000 | NA | 82,920.00 | 82,920.00 | 0.00 |
| 000013 | DAKOTA COUNTY PROPERTY | 4700-000 | NA | 89,351.38 | 89,351.38 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 189,515.00 | $ 172,271.38 | $ 172,271.38 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TIMOTHY D. MORATZKA | 2100-000 | NA | 6,757.80 | 6,757.80 | 6,757.80 |
| TIMOTHY D. MORATZKA | 2200-000 | NA | 529.60 | 529.60 | 529.60 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 16.42 | 16.42 | 16.42 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNION BANK | 2600-000 | NA | 301.45 | 301.45 | 301.45 |
| CLERK OF COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| SORENSON REPORTING LLC | 2990-000 | NA | 203.75 | 203.75 | 203.75 |
| SORENSON REPORTING, LLC | 2990-000 | NA | 404.45 | 404.45 | 404.45 |
| DEWITT MACKALL CROUNSE & MOORE | 3110-000 | NA | 53,079.47 | 53,079.47 | 53,079.47 |
| DEWITT MACKALL CROUNSE & MOORE | 3120-000 | NA | 525.07 | 525.07 | 525.07 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 62,168.01 | $ 62,168.01 | $ 62,168.01 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 2 INTERNAL REVENUE SERVICE PO BOX 145566 CINCINNATI, OH 45250 | | 912.00 | NA | NA | 0.00 |
| | Creditor #: 3 INTERNAL REVENUE SERVICE CINCINNATI, OH 45999-0149 | | 85.00 | NA | NA | 0.00 |
| | INTERNAL REVENUE SERVICE STOP 5700 30 EAST 7TH STREET SUITE 1222 ST PAUL, MN 55101-4940 | | 0.00 | NA | NA | 0.00 |
| 000011B | LAURA M. HOSS | 5100-000 | 0.00 | 30,900.00 | 30,900.00 | 7,988.08 |
| 000007 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 3,109.40 | 3,109.40 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 997.00 | $ 34,009.40 | $ 34,009.40 | $ 7,988.08 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ANASTASI JELLUM 14985 60TH STREET NORTH STILLWATER, MN 55082 | | 0.00 | NA | NA | 0.00 |
| | CHILDRENS HOSPITAL 2525 CHICAGO AVE MINNEAPOLIS, MN 55404 | | 0.00 | NA | NA | 0.00 |
| | COMCAST PO BOX 3002 SOUTHEASTERN, PA 19398-3002 | | 0.00 | NA | NA | 0.00 |
| | COMPLETE RECOVERY SERVICES PO BOX 30184 TAMPA, FL 33630 | | 0.00 | NA | NA | 0.00 |
| | CREDITOR ADVOCATES 1551 SOUTHCROSS DRIVE W SUITE C BURNSVILLE, MN 55306 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 1 A-1 TELETRONICS 1010 118TH AVE NORTH SAINT PETERSBURG, FL 33716 | | 5,050.00 | NA | NA | 0.00 |
| | Creditor #: 10 BLUECROSS BLUESHEILD 3535 BLUE CROSS RD ROUTE M103 EAGAN, MN 55122 | | 1,585.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 11 BOYER TRUCKS C/O UNITED TRANZACTIONS 3200 EXECUTIVE WAY HOLLYWOOD, FL 33025 | | 1,372.00 | NA | NA | 0.00 |
| | Creditor #: 12 CAZARIN INTERACTIVE 7064 EAST FISH LAKE ROAD MAPLE GROVE, MN 55311 | | 585.00 | NA | NA | 0.00 |
| | Creditor #: 14 CENTURY LINK PO BOX 91154 SEATTLE, WA 98111 | | 181.00 | NA | NA | 0.00 |
| | Creditor #: 15 CHILDRENS HOSPITAL PO BOX 860061 MINNEAPOLIS, MN 55486 | | 654.00 | NA | NA | 0.00 |
| | Creditor #: 16 CITICARDS PO BOX 183071 COLUMBUS, OH 43218-3071 | | 11,280.00 | NA | NA | 0.00 |
| | Creditor #: 17 CITY OF BURNSVILLE PO BOX 77025 MINNEAPOLIS, MN 55480 | | 121.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 18 CITY OF MINNEAPOLIS HENNEPIN COUNTY GOVT CENTER 300 S 6TH ST MINNEAPOLIS, MN 55487-0014 | | 32.00 | NA | NA | 0.00 |
| | Creditor #: 19 CNA INSURANCE PO BOX 79004 SAINT LOUIS, MO 63179 | | 1,480.00 | NA | NA | 0.00 |
| | Creditor #: 2 ALLINA HEALTH PO BOX 77008 MINNEAPOLIS, MN 55480-7708 | | 197.00 | NA | NA | 0.00 |
| | Creditor #: 20 COLORADO DOT GO PASS NORTHWEST PARKWAY LLC 3701 NORTHWEST PARKWAY BROOMFIELD, CO 80023 | | 472.00 | NA | NA | 0.00 |
| | Creditor #: 21 COMCAST PO BOX 34744 SEATTLE, WA 98124 | | 349.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 22 CORDIAN TECHNOLOGIES, INC 1725 LAKE DRIVE WEST CHANHASSEN, MN 55317 | | 485.00 | NA | NA | 0.00 |
| | Creditor #: 23 CP TECH 8628 EAGLE CREEK CIRCLE SAVAGE, MN 55378 | | 103.00 | NA | NA | 0.00 |
| | Creditor #: 24 CREATIVE PACKAGING DISPLAY LLC 8600 WYOMING AVE NORTH BROOKLYN PARK, MN 55445 | | 846.00 | NA | NA | 0.00 |
| | Creditor #: 25 CT CORPORATION SYSTEMS C/O ALAN BUDMAN PO BOX 654 ABINGTON, PA 19001 | | 284.00 | NA | NA | 0.00 |
| | Creditor #: 26 D & S COMMUNICATIONS INC 1355 MCLEAN BLVD ELGIN, IL 60123 | | 4,658.00 | NA | NA | 0.00 |
| | Creditor #: 27 DAKOTA COUNTY PROPERTY 1590 HIGHWAY 55 HASTINGS, MN 55033 | | 28,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 28 DIRECT ACCESS SYSTEMS 1309 S MYRTLE AVE MONROVIA, CA 91016-4150 | | 6,003.00 | NA | NA | 0.00 |
| | Creditor #: 30 ECOLAB PEST ELIMINATION 26252 NETWORK PLACE CHICAGO, IL 60673-1262 | | 144.00 | NA | NA | 0.00 |
| | Creditor #: 31 EFH CO 2999 W COUNTY ROAD 42 BURNSVILLE, MN 55337 | | 8,910.00 | NA | NA | 0.00 |
| | Creditor #: 33 FEDERAL EXPRESS CORPORATION C/O SYNTER RESOURCE GROUP PO BOX 63247 NORTH CHARLESTON, SC 29419 | | 2,019.00 | NA | NA | 0.00 |
| | Creditor #: 34 FIRST DATA GLOBAL LEASING HUNTER WARFILED 4620 WOODLAND CORPORATE BLVD TAMPA, FL 33614 | | 2,539.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 35 FIRST DATA GLOBAL LEASING PO BOX 173845 DENVER, CO 80217 | | 500.00 | NA | NA | 0.00 |
| | Creditor #: 36 FP MAILING SOLUTIONS PO BOX 4510 CAROL STREAM, IL 60197-4510 | | 475.00 | NA | NA | 0.00 |
| | Creditor #: 37 GATEWAY BANK VISA CARDMEMBER SERVICE PO BOX 6353 FARGO, ND 58125-6353 | | 1,258.00 | NA | NA | 0.00 |
| | Creditor #: 38 GERRYS FIRE & SAFETY PO BOX 75 303 21ST ST NEWPORT, MN 55055 | | 197.00 | NA | NA | 0.00 |
| | Creditor #: 39 GRAYBAR 12437 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-2437 | | 1,095.00 | NA | NA | 0.00 |
| | Creditor #: 40 HARRIS COMMUNICATIONS 15155 TECHNOLOGY DRIVE EDEN PRAIRIE, MN 55344 | | 235.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 41 HEALTH PARTNERS CLINICS PO BOX 77026 MINNEAPOLIS, MN 55480-7726 | | 650.00 | NA | NA | 0.00 |
| | Creditor #: 42 JENNE DISTRIBUTORS 33665 CHESTER RD AVON, OH 44011 | | 467.00 | NA | NA | 0.00 |
| | Creditor #: 44 KOHLS PO BOX 2983 MILWAUKEE, WI 53201-2983 | | 471.00 | NA | NA | 0.00 |
| | Creditor #: 45 LEONARD O BRIEN 100 SOUTH FIFTH STREET STE 2500 MINNEAPOLIS, MN 55402 | | 4,900.00 | NA | NA | 0.00 |
| | Creditor #: 46 LOMMEN ABDO COLE KING 1000 INTERNATIONAL CENTER 920 SECOND AVE S MINNEAPOLIS, MN 55402 | | 2,882.00 | NA | NA | 0.00 |
| | Creditor #: 47 MED-PAT 31 RIORDAN PLACE SHREWSBURY, NJ 07702 | | 876.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 48 MR SPARKY 1424 3RD ST N MINNEAPOLIS, MN 55411 | | 4,840.00 | NA | NA | 0.00 |
| | Creditor #: 49 MR SPARKY 1424 3RD ST N MINNEAPOLIS, MN 55411 | | 4,049.00 | NA | NA | 0.00 |
| | Creditor #: 50 NACR INC NW 5806 PO BOX 1450 MINNEAPOLIS, MN 55485-5806 | | 600.00 | NA | NA | 0.00 |
| | Creditor #: 51 NATD 131 NW 1ST AVENUE DELRAY BEACH, FL 33444 | | 900.00 | NA | NA | 0.00 |
| | Creditor #: 53 NEW FRENCH BAKERY 828 KASOTA AVE SE MINNEAPOLIS, MN 55411 | | 1,327.00 | NA | NA | 0.00 |
| | Creditor #: 55 POPP COMMUNICATIONS 620 MENDELSSOHN AVE N GOLDEN VALLEY, MN 55427 | | 220.00 | NA | NA | 0.00 |
| | Creditor #: 57 REPPE LAW 107 6TH STREET WEST NORTHFIELD, MN 55057 | | 800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 58 ROASTERY SEVEN 6840 SHINGLE CREEK PKWY STE 7 BROOKLYN CENTER, MN 55430 | | 1,495.00 | NA | NA | 0.00 |
| | Creditor #: 59 ROBERT ENGELHART 8796 WALTON OAKS DRIVE BLOOMINGTON, MN 55438 | | 91,000.00 | NA | NA | 0.00 |
| | Creditor #: 6 ARCAS TECHNOLOGY 12560 FLETCHER LANE STE 150 ROGERS, MN 55374 | | 12,086.00 | NA | NA | 0.00 |
| | Creditor #: 60 SCANSOURCE COMMUNICATIONS 24263 NETWORK PLACE CHICAGO, IL 60673-1242 | | 9,381.00 | NA | NA | 0.00 |
| | Creditor #: 61 SHERWIN WILLIAMS C/O DEHAAN & BACH 25 WHITNEY DR STE 106 MILFORD, OH 45150 | | 124.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 62 SOUTHWEST JOURNAL MN PREMIER PUBLICATION 1115 HENNEPIN AVE MINNEAPOLIS, MN 55403 | | 200.00 | NA | NA | 0.00 |
| | Creditor #: 63 ST PAUL RADIOLOGY PO BOX 812 INDIANAPOLIS, IN 46206 | | 73.00 | NA | NA | 0.00 |
| | Creditor #: 64 ST THOMAS HIGH SCHOOL 949 MENDOTA HEIGHTS ROAD SAINT PAUL, MN 55120 | | 2,700.00 | NA | NA | 0.00 |
| | Creditor #: 67 SUNTIDE COMMERICAL REALTY 3100 50TH ST DEVELOPERS 2550 UNIVERSTIY AVE W STE 416 SAINT PAUL, MN 55114 | | 114,000.00 | NA | NA | 0.00 |
| | Creditor #: 68 TDS METROCOMM-MN PO BOX 94510 PALATINE, IL 60094-4510 | | 358.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 69 THE RICK KERR COMPANY PO BOX 541085 CINCINNATI, OH 45254 | | 2,388.00 | NA | NA | 0.00 |
| | Creditor #: 7 ARROW ELECTRONICS 2299 TERRITORIAL ROAD SAINT PAUL, MN 55114 | | 430.00 | NA | NA | 0.00 |
| | Creditor #: 70 THE URGENCY ROOM 7030 VALLEY CREEK PLAZA WOODBURY, MN 55125 | | 756.00 | NA | NA | 0.00 |
| | Creditor #: 71 TK MARINE 4471 SCOTT TRAIL EAGAN, MN 55122 | | 1,400.00 | NA | NA | 0.00 |
| | Creditor #: 72 TROJES TRASH 6010 CONCORD BLVD INVER GROVE HEIGHTS, MN 55076 | | 240.00 | NA | NA | 0.00 |
| | Creditor #: 73 ULINE?? 12575 UNLINE DRIVE?? PLEASANT PRAIRIE, WI 53158 | | 1,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 74 UPS SUPPLY CHAIN SOLUTIONS C/O RECEIVABLE MANAGMENT SOL PO BOX 523 RICHFIELD, OH 44286 | | 323.00 | NA | NA | 0.00 |
| | Creditor #: 75 US BANK VISA PO BOX 790408 SAINT LOUIS, MO 63179 | | 37,341.00 | NA | NA | 0.00 |
| | Creditor #: 76 USAA 10750 MCDERMOTT FREEWAY SAN ANTONIO, TX 78288 | | 7,410.00 | NA | NA | 0.00 |
| | Creditor #: 77 WALMART PO BOX 530927 ATLANTA, GA 30353-0927 | | 930.00 | NA | NA | 0.00 |
| | Creditor #: 79 WELLINGTON SECURITY 4 E DIAMOND LAKE RD MINNEAPOLIS, MN 55419 | | 116.00 | NA | NA | 0.00 |
| | Creditor #: 8 ARTISAN POWER LLC 577 MAIN STREET STE 430 HUDSON, MA 01749 | | 5,352.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 80 WELLS FARGO VISA PO BOX 6412 CAROL STREAM, IL 60197 | | 5,375.00 | NA | NA | 0.00 |
| | Creditor #: 82 XCEL ENERGY - NSP PO BOX 9477 MINNEAPOLIS, MN 55484 | | 786.00 | NA | NA | 0.00 |
| | Creditor #: 83 XCEL ENERGY - NSP PO BOX 9477 MINNEAPOLIS, MN 55484 | | 1,208.00 | NA | NA | 0.00 |
| | Creditor #: 84 YALE MECHANICAL C/O TRANSWORLD SYSTEMS 507 PRUDENTIAL RD HORSHAM, PA 19044 | | 2,555.00 | NA | NA | 0.00 |
| | Creditor #: 9 BLACK BOX RESALE SERVICES 9155 COTTOWOOD LANE N MAPLE GROVE, MN 55369 | | 2,974.00 | NA | NA | 0.00 |
| | DAVID R KNODELL 20305 COUNTY ROAD 50 CORCORAN, MN 55340 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DIVERSIFIED ADJUSTMENT PO BOX 32145 FRIDLEY, MN 55432 | | 0.00 | NA | NA | 0.00 |
| | GURSTEL CHARGO 6681 COUNTY CLUB DR GOLDEN VALLEY, MN 55427 | | 0.00 | NA | NA | 0.00 |
| | MICHAEL BADER 1500 US BANK CENTER 101 EAST FIFTH STREET SAINT PAUL, MN 55101 | | 0.00 | NA | NA | 0.00 |
| | US BANK PO BOX 790408 SAINT LOUIS, MO 63179-0408 | | 0.00 | NA | NA | 0.00 |
| 000012 | AFFINITY PLUS | 7100-000 | NA | 9,998.90 | 9,998.90 | 0.00 |
| 000014 | AMERICAN EXPRESS BANK FSB | 7100-000 | 17,444.00 | 17,443.71 | 17,443.71 | 0.00 |
| 000016 | AMERICAN EXPRESS BANK FSB | 7100-000 | 29,236.00 | 29,231.24 | 29,231.24 | 0.00 |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 739.00 | 2,484.00 | 2,484.00 | 0.00 |
| 000009 | CAPITAL ONE NA | 7100-000 | 575.00 | 471.40 | 471.40 | 0.00 |
| 000005 | CENTERPOINT ENERGY | 7100-000 | 1,627.00 | 1,599.07 | 1,599.07 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DYNAMIC VOICE AND DATA | 7100-000 | 256.00 | 691.69 | 691.69 | 0.00 |
| 000015 | KEITH & CYNDIA SCHWEIGER | 7100-000 | 44,000.00 | 47,339.18 | 47,339.18 | 0.00 |
| 000010 | PARAGON COMMUNICATIONS | 7100-000 | 11,476.00 | 5,938.27 | 5,938.27 | 0.00 |
| 000004 | REFURB SUPPLIES | 7100-000 | 329.00 | 329.21 | 329.21 | 0.00 |
| 000001 | STATES RESOURCES | 7100-000 | 480,198.00 | 506,696.68 | 506,696.68 | 0.00 |
| 000018 | SUNTIDE COMMERICAL REALTY | 7100-000 | 18,056.00 | 19,954.54 | 19,954.54 | 0.00 |
| 000006 | U.S. DEPARTMENT OF EDUCATION C/O NE | 7100-000 | 10,066.00 | 9,901.71 | 9,901.71 | 0.00 |
| 000003 | WELLINGTON SECURITY | 7100-000 | 739.00 | 915.79 | 915.79 | 0.00 |
| 000017 | WESTERN BANK, NATIONAL ASSOCIATION | 7100-000 | 61,000.00 | 60,512.51 | 60,512.51 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,082,833.00 | $ 713,507.90 | $ 713,507.90 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 15-41202   KHS   Judge: Kathleen H. Sanberg | Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|---|---|
| Case Name: | ENGELHART, ROBERT JOSEPH | Date Filed (f) or Converted (c): | 04/08/15 (f) |
| | ENGELHART, SUSAN KAY | 341(a) Meeting Date: | 05/14/15 |
| For Period Ending: | 01/12/17 | Claims Bar Date: | 08/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. HOMESTEAD: LOT 8, BLOCK 8, EDGEWATER ON NOKOMIS | 325,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND (WIFE'S PENSION) | 80.00 | 0.00 | | 0.00 | FA |
| 3. USAA BANK CHECKING ACCOUNT | 4.00 | 0.00 | | 0.00 | FA |
| 4. WELLS FARGO BANK CHECKING AND SAVINGS ACCOUNT<br>(wife's pension) | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. FIRST MN BANK CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 6,200.00 | 0.00 | | 0.00 | FA |
| 7. CELL PHONE $400, IPAD $150, AND 2 LAPTOPS $600<br>(used in business) | 1,150.00 | 0.00 | | 0.00 | FA |
| 8. LAWNMOWER AND SNOWBLOWER | 250.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD TOOLS | 300.00 | 0.00 | | 0.00 | FA |
| 10. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 11. WIFE'S WEDDING RING $2,000 AND HUSBAND'S WEDDING<br>ring $200 | 2,200.00 | 0.00 | | 0.00 | FA |
| 12. OTHER JEWELRY $125 AND 2 WATCHES $5 | 130.00 | 125.00 | OA | 0.00 | FA |
| 13. RECREATIONAL EQUIPMENT | 625.00 | 625.00 | OA | 0.00 | FA |
| 14. CAMERA | 75.00 | 75.00 | OA | 0.00 | FA |
| 15. 529 EDUCATION PLANS: SON 16 $30,000, DAUGHTER 21<br>$30,000, daughter 23 $40,000, and son 24 $0 (not property of the estate,<br>listed for informational purposes only) | 0.00 | 0.00 | | 0.00 | FA |
| 16. HUSBAND OWNS 100% SHARES IN PB EXCHANGE, INC.<br>(assets $2,000; debts $180,000; buying and selling telecomm<br>equipment) | 0.00 | 0.00 | | 0.00 | FA |
| 17. HUSBANDS OWNS 50% SHARES IN PB INDUSTRIES, LLC<br>(Owns building, val. $550,000; mortgage to States Resources Corp. was<br>U.S. Bank, but assigned in Aug. 2014, no equity) | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 22)*

Ver: 19.06c

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 15-41202 | KHS | Judge: Kathleen H. Sanberg |
|---|---|---|---|
| Case Name: | ENGELHART, ROBERT JOSEPH | | |
| | ENGELHART, SUSAN KAY | | |

| Trustee Name: | TIMOTHY D. MORATZKA |
|---|---|
| Date Filed (f) or Converted (c): | 04/08/15 (f) |
| 341(a) Meeting Date: | 05/14/15 |
| Claims Bar Date: | 08/14/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 2003 SAAB 93 | 3,000.00 | 0.00 | | 0.00 | FA |
| 19. 2003 TOYOTA TACOMA | 9,000.00 | 4,400.00 | | 4,400.00 | FA |
|     Affinty failed to perfect.  No lien. | | | | | |
| 20. 2003 BMW 325I (OWNED BY PB EXCHANGE) | 2,000.00 | 0.00 | | 0.00 | FA |
| 21. 1977 SLICKCRAFT CUDDY BOAT AND TRAILER | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 22. 1983 FORD MOTOR HOME | 600.00 | 600.00 | OA | 0.00 | FA |
| 23. Assingment re SH Homecare | 0.00 | 23,650.00 | | 26,456.09 | FA |
|     Settlement:  $17,000.00 | | | | | |
| 24. Claim against father | 0.00 | 135,000.00 | | 37,500.00 | FA |
| 25. Claim against St. Thomas Academy | 0.00 | 11,000.00 | | 0.00 | FA |
|     This was provided for in the Divorce decree. | | | | | |
| 26. Claim Against Beckey Rooney | 0.00 | 1,800.00 | | 1,800.00 | FA |
|     Setled for $1800 | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $356,114.00 | $180,275.00 | | $70,156.09 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/23/15:  Document production request sent. Collect payments from sle of business.    Motion filed to extend time to object to dischage and exemption.  2004 exmination of father re transfers. Prepaid Tuition to St. Thomas Acadamey. First meeting continued.  Est. TFR 4/15/16,.

Investigate transfers to father and creditors:  Prepaid tuition, Mr. Sparky, Becky Rooney,

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 15-41202    KHS   Judge: Kathleen H. Sanberg | Trustee Name:    TIMOTHY D. MORATZKA |
| Case Name: | ENGELHART, ROBERT JOSEPH | Date Filed (f) or Converted (c):   04/08/15 (f) |
| | ENGELHART, SUSAN KAY | 341(a) Meeting Date:   05/14/15 |
| | | Claims Bar Date:   08/14/15 |

Transfers to Dad.

3/9/16:  Adversary proceedings pending against Gold Guys and Dad.  Est. TFR 10/15/16.

4/29/16:  Adversary pending.  Mediation set.  Est. TFR 9/15/16

727/16:  Estate tax returnsn filed.  Need to wait for approval from IRS before filing TFR.

Initial Projected Date of Final Report (TFR): 04/15/16        Current Projected Date of Final Report (TFR): 09/15/16

Ver: 19.06c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 24)*

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-41202  -KHS | |
| Case Name: | ENGELHART, ROBERT JOSEPH | |
| | ENGELHART, SUSAN KAY | |
| Taxpayer ID No: | *******3192 | |
| For Period Ending: | 01/12/17 | |

| | |
|---|---|
| Trustee Name: | TIMOTHY D. MORATZKA |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******4129  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 17,076,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/15 | 23 | SH Homecare, Inc. dba Visiting Angels | Payment 1 | 1121-000 | 1,576.85 | | 1,576.85 |
| 05/14/15 | 200001 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA  70139 | Bond No. 016018055 | 2300-000 | | 3.20 | 1,573.65 |
| 06/09/15 | 23 | SH Homecare, Inc. dba Visiting Angels | Payment 2 | 1121-000 | 1,575.85 | | 3,149.50 |
| 06/22/15 | 19 | Susan Engelhart | Sale of Tacoma | 1129-000 | 4,400.00 | | 7,549.50 |
| 07/09/15 | 23 | SH Homecare, Inc. dba Visiting Angels | Payment 3 | 1121-000 | 1,575.85 | | 9,125.35 |
| 07/21/15 | 200002 | Sorenson Reporting LLC | Continued first meeting transcript. Continued first meeting transcript. | 2990-000 | | 203.75 | 8,921.60 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 8,906.60 |
| 08/11/15 | 23 | SH Homecare, Inc. dba Visiting Angels | Payment 4 | 1121-000 | 1,575.85 | | 10,482.45 |
| 08/20/15 | 200003 | Sorenson Reporting, LLC | | 2990-000 | | 404.45 | 10,078.00 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,063.00 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,048.00 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,033.00 |
| 10/29/15 | 200004 | CLERK OF COURT U. S. BANKRUPTCY COURT 301 U. S. COURTHOUSE 300 SOUTH 4TH STREET MINNEAPOLIS, MN 55415 | File Fee vs. Robert H. Engelhart | 2700-000 | | 350.00 | 9,683.00 |
| 11/17/15 | 26 | Becky Rooney | Payment 1 | 1141-000 | 600.00 | | 10,283.00 |
| 11/18/15 | 23 | SH Homecare, Inc. dba Visiting Angels | Payment 5 -October | 1121-000 | 1,575.85 | | 11,858.85 |

Page Subtotals   12,880.25   1,021.40

Ver: 19.06c

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-41202 -KHS |
| Case Name: | ENGELHART, ROBERT JOSEPH |
| | ENGELHART, SUSAN KAY |
| Taxpayer ID No: | *******3192 |
| For Period Ending: | 01/12/17 |

| | |
|---|---|
| Trustee Name: | TIMOTHY D. MORATZKA |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******4129  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 17,076,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/15 | 23 | SH Homecare, Inc. dba Visiting Angels | Payment 6 - November | 1121-000 | 1,575.84 | | 13,434.69 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 13,419.69 |
| 11/30/15 | 26 | Becky Rooney | Pref Settlement. | 1141-000 | 600.00 | | 14,019.69 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 16.16 | 14,003.53 |
| 12/29/15 | 26 | Becky Rooney | Pref. Settlement | 1141-000 | 600.00 | | 14,603.53 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.86 | 14,582.67 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 21.64 | 14,561.03 |
| 02/29/16 | 23 | WPB Partners, LLC | Sale - Angelicare | 1129-000 | 17,000.00 | | 31,561.03 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.16 | 31,531.87 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.77 | 31,485.10 |
| 05/09/16 | 200005 | Internationla Sureties, LTD Suite 420 701 Poydras Street New Orleans, LA  70139 | Bond #016018055 | 2300-000 | | 13.22 | 31,471.88 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.22 | 31,426.66 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 46.64 | 31,380.02 |
| 07/05/16 | 24 | Robert Engelhart | Adv. Settlement | 1141-000 | 37,500.00 | | 68,880.02 |
| 12/14/16 | 200006 | TIMOTHY D. MORATZKA 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN  55402-2859 | Chapter 7 Compensation/Fees | 2100-000 | | 6,757.80 | 62,122.22 |
| 12/14/16 | 200007 | TIMOTHY D. MORATZKA 1400 AT&T TOWER 901 MARQUETTE AVENUE MINNEAPOLIS, MN  55402-2859 | Chapter 7 Expenses | 2200-000 | | 529.60 | 61,592.62 |
| 12/14/16 | 200008 | DEWITT MACKALL CROUNSE & MOORE | Attorney for Trustee Fees (Trustee | 3110-000 | | 53,079.47 | 8,513.15 |
| 12/14/16 | 200009 | DEWITT MACKALL CROUNSE & MOORE | Attorney for Trustee Expenses (Trus | 3120-000 | | 525.07 | 7,988.08 |
| 12/14/16 | 200010 | LAURA M. HOSS | Claim 000011B, Payment 25.85139% | 5100-000 | | 7,988.08 | 0.00 |

Page Subtotals  57,275.84  69,134.69

Ver: 19.06c

Page:   3

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 15-41202  -KHS |
| Case Name: | ENGELHART, ROBERT JOSEPH |
| | ENGELHART, SUSAN KAY |
| Taxpayer ID No: | *******3192 |
| For Period Ending: | 01/12/17 |

| | |
|---|---|
| Trustee Name: | TIMOTHY D. MORATZKA |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******4129  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 17,076,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1558 MCCARTHY RD EAGAN MN 55121 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 70,156.09 | 70,156.09 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 70,156.09 | 70,156.09 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 70,156.09 | 70,156.09 | |

| | | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********4129 | 70,156.09 | 70,156.09 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 70,156.09 | 70,156.09 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.06c